# CHANGE OF STATUS

**STAR CAREER ACADEMY**

CAMPUS: _Edi___

Name: ▓▓▓▓▓▓▓▓    Start Date: _12/2/09_   Date of Determination: _12/13/10_

Current Program: _DT___   Current Shift: AM **PM** Eve   Current Module: _Extern_

**Transfer to Another Shift (same program):** An Enrollment Agreement Addendum must be completed

Program: _____   Date Effective: _____

Current Shift: ____ AM ____ PM ____ EVE   Hours Completed: _____

New Shift: ____ AM ____ PM ____ EVE   Hours Needed: _____

**Transfer to Another Program:** An Enrollment Agreement Addendum must be completed

Original Program: _____ AM   PM   EVE

Original Start Date: _____ Hours Completed: _____

New Program: _____ AM   PM   EVE

New Mod Date: _____ Hours Needed to Complete: _____

**Leave of Absence: (Return from LOA on Separate Form)**

LOA Start Date: _____ Expected Return Date (next module start): _____

New Graduation Date: _____ Hours Completed: _____

Course Returning to: _____ Hours Needed to Complete: _____

Reason: _____

**Repeat Module:**

Module Failed: _____ Hours Passed: _____ Hours Needed: _____

New Projected Grad Date: _____ New LDIC: _____

**Terminated/Withdrawn:**

Official Drop Date: _9/29/10_ Hours Completed: _600_

Reason for Termination: _Failure to progress du externship_
_Due to no site_

**Graduate:**

Graduation Date: _____ Externship Required: YES* NO

*Externship Evaluation Attached.

Is student eligible to receive diploma based on current standing? YES NO

_____

Executive Director: _Shola___   Date: _12/13/10_

Director of Education: _____   Date: _12/13/10_

Registrar: _____   Date: _12/3/__

White—Registrar   Canary—Corporate   Pink—FA

SCA2 (05/10)

# CHANGE OF STATUS

CAMPUS: _____

Name: ████████████

Start Date: _____ Date of Determination: _____

Current Program: _____ Current Shift: AM  PM  Eve  Current Module: _____

## Transfer to Another Shift (same program): An Enrollment Agreement Addendum must be completed

Program: _____ Date Effective: _____

Current Shift: _____ AM _____ PM _____ EVE  Hours Completed: _____

New Shift: _____ AM _____ PM _____ EVE  Hours Needed: _____

## Transfer to Another Program: An Enrollment Agreement Addendum must be completed

Original Program: _____ AM  PM  EVE

Original Start Date: _____ Hours Completed: _____

New Program: _____ AM  PM  EVE

New Mod Date: _____ Hours Needed to Complete: _____

## Leave of Absence: (Return from LOA on Separate Form)

LOA Start Date: _____ Expected Return Date (next module start): _____

New Graduation Date: _____ Hours Completed: _____

Course Returning to: _____ Hours Needed to Complete: _____

Reason: _____

## Repeat Module:

Module Failed: _____ Hours Passed: _____ Hours Needed: _____

New Projected Grad Date: _____ New LDIC: _____

## Terminated/Withdrawn:

Official Drop Date: _____ Hours Completed: _____

Reason for Termination: You were in progress on externslip Due to no =4e

## Graduate:

Graduation Date: _____ Externship Required: YES  NO

*Externship Evaluation Attached.

Is student eligible to receive diploma based on current standing?  YES  NO

Executive Director: _____ Date: 12/13/10

Director of Education: _____ Date: 12/13/10

Registrar: _____ Date: _____

White—Registrar    Canary—Corporate    Pink—FA

# CHANGE OF STATUS

**S.T.A.R** CAREER ACADEMY

Name: _____ CAMPUS: _____

Current Program: _____ Start Date: 2/15/10 Date of Determination: 12/13/10

Current Shift: AM PM Eve Current Module: _____

**Transfer to Another Shift (same program): An Enrollment Agreement Addendum must be completed**

Program: _____ Date Effective: _____

Current Shift: ____ AM ____ PM ____ EVE Hours Completed: _____

New Shift: ____ AM ____ PM ____ EVE Hours Needed: _____

**Transfer to Another Program: An Enrollment Agreement Addendum must be completed**

Original Program: _____ AM PM EVE

Original Start Date: _____ Hours Completed: _____

New Program: _____ AM PM EVE

New Mod Date: _____ Hours Needed to Complete: _____

**Leave of Absence: (Return from LOA on Separate Form)**

LOA Start Date: _____ Expected Return Date (next module start)

New Graduation Date: _____ Hours Completed: _____

Course Returning to: _____ Hours Needed to Complete: _____

Reason: _____

**Repeat Module:**

Module Failed: _____ Hours Needed: _____

New Projected Grad Date: _____ New LDIC: _____

**Terminated/Withdrawn:**

Official Drop Date: 12/13/10 Hours Completed: 620

Reason for Termination: Failure to progress on externship

due to Not Safe

**Graduate:**

Graduation Date: _____ Externship Required: YES* NO

*Externship Evaluation Attached

Is student eligible to receive diploma based on current standing? YES NO

Executive Director: _K Smith_ Date: 12/13/10

Director of Education: _____ Date: 12/13/10

Registrar: _____ Date: 12/13/10

White—Registrar Canary—Corporate Pink—FA

SCA2 (05/10)

# CHANGE OF STATUS

STAR CAREER ACADEMY

CAMPUS: _____

Name: ▮▮▮▮▮▮▮▮  Start Date: _____  Date of Determination: _____

Current Program: _____  Current Shift: AM  PM  Eve  Current Module: _____

**Transfer to Another Shift (same program):** An Enrollment Agreement Addendum must be completed

Program: _____  Date Effective: _____

Current Shift: ___ AM ___ PM ___ EVE  Hours Completed: _____

New Shift: ___ AM ___ PM ___ EVE  Hours Needed: _____

**Transfer to Another Program:** An Enrollment Agreement Addendum must be completed

Original Program: _____ AM  PM  EVE

Original Start Date: _____  Hours Completed: _____

New Program: _____ AM  PM  EVE

New Mod Date: _____  Hours Needed to Complete: _____

**Leave of Absence: (Return from LOA on Separate Form)**

LOA Start Date: _____  Expected Return Date (next module start): _____

New Graduation Date: _____  Hours Completed: _____

Course Returning to: _____  Hours Needed to Complete: _____

Reason: _____

**Repeat Module:**

Module Failed: _____  Hours Passed: _____  Hours Needed: _____

New Projected Grad Date: _____  New LDIC: _____

**Terminated/Withdrawn:**

Official Drop Date: _____  Hours Completed: _____

Reason for Termination: _____

**Graduate:**

Graduation Date: _____  Externship Required: YES* NO

*Externship Evaluation Attached.

Is student eligible to receive diploma based on current standing? YES  NO

Executive Director: _____  Date: _____

Director of Education: _____  Date: _____

Registrar: _____  Date: _____

White—Registrar   Canary—Corporate   Pink—FA

SCA2 (05/10)

# ⭐ STAR
### CAREER ACADEMY

# CHANGE OF STATUS

CAMPUS: _ENT_

**Name:** ▮▮▮▮▮▮▮▮  **Start Date:** 4/5/10  **Date of Determination:** 12/13/10

**Current Program:** _DT_  **Current Shift:** AM  PM  Eve  **Current Module:** _Extern_

**Transfer to Another Shift (same program):** An Enrollment Agreement Addendum must be completed

Program: _____  Date Effective: _____

Current Shift: ___AM ___PM ___EVE  Hours Completed: _____

New Shift: ___AM ___PM ___EVE  Hours Needed: _____

**Transfer to Another Program:** An Enrollment Agreement Addendum must be completed

Original Program: _____  AM  PM  EVE

Original Start Date: _____  Hours Completed: _____

New Program: _____  AM  PM  EVE

New Mod Date: _____  Hours Needed to Complete: _____

**Leave of Absence:  (Return from LOA on Separate Form)**

LOA Start Date: _____  Expected Return Date (next module start): _____

New Graduation Date: _____  Hours Completed: _____

Course Returning to: _____  Hours Needed to Complete: _____

Reason: _____

**Repeat Module:**

Module Failed: _____  Hours Passed: _____  Hours Needed: _____

New Projected Grad Date: _____  New LDIC: _____

**Terminated/Withdrawn:**

Official Drop Date: 9/29/10  Hours Completed: 660

Reason for Termination: _failure to progress on externship_
_flush notice_

**Graduate:**

Graduation Date: _____  Externship Required:  YES*  NO

*Externship Evaluation Attached.

Is student eligible to receive diploma based on current standing?   YES   NO

---

Executive Director: _K. Smith_  Date: 12/13/10

Director of Education: _____  Date: 12/13/10

Registrar: _____  Date: 12/13/10

White—Registrar   Canary—Corporate   Pink—FA

_per GP Reference call 12/13/10_

SCA2 (05/10)

**STAR** CAREER ACADEMY

## CHANGE OF STATUS

CAMPUS: _EHT_

Name: ▮▮▮▮▮▮▮▮   Start Date: _4/5/10_   Date of Determination: _12/13/10_

Current Program: _DT_   Current Shift: (AM) PM  Eve   Current Module: _Extern_

**Transfer to Another Shift (same program):** An Enrollment Agreement Addendum must be completed

Program: _____   Date Effective: _____

Current Shift:      ___AM  ___PM  ___EVE      Hours Completed: _____

New Shift:      ___AM  ___PM  ___EVE      Hours Needed: _____

**Transfer to Another Program:** An Enrollment Agreement Addendum must be completed

Original Program: _____   AM   PM   EVE

Original Start Date: _____   Hours Completed: _____

New Program: _____   AM   PM   EVE

New Mod Date: _____   Hours Needed to Complete: _____

**Leave of Absence:  (Return from LOA on Separate Form)**

LOA Start Date: _____   Expected Return Date (next module start): _____

New Graduation Date: _____   Hours Completed: _____

Course Returning to: _____   Hours Needed to Complete: _____

Reason: _____

**Repeat Module:**

Module Failed: _____   Hours Passed: _____   Hours Needed: _____

New Projected Grad Date: _____   New LDIC: _____

**Terminated/Withdrawn:**

Official Drop Date: _9/29/10_  Hours Completed: _600_

Reason for Termination: _Failure to progress on externship_
_Due to no site_

**Graduate:**

Graduation Date: _____   Externship Required:  YES*  NO

*Externship Evaluation Attached.

Is student eligible to receive diploma based on current standing?  YES  NO

Executive Director: _KSmith_   Date: _12/13/10_

Director of Education: _____   Date: _12/13/10_

Registrar: _KKuchak_   Date: _12/13/10_

White—Registrar   Canary—Corporate   Pink—FA

_Per Conference Call 12/13/10 - A? & Colleen_   _10/13/10_

See reverse side for additional terms of contract

## PROVISIONS OF THIS AGREEMENT

The applicant (1) agrees to abide by STAR CAREER ACADEMY (hereinafter referred to as SCA) regulations during his/her period of attendance. SCA has the right to re-evaluate/re-determine the student's enrollment based on the following conditions: 1) failure to maintain Satisfactory Academic Progress, and 2) Student Conduct Violations. (refer to the student handbook), 3) failure to maintain attendance. These points are discussed in the Satisfactory Academic Progress and the Student Conduct Code. (Catalogue) (2) understands that nonpayment of tuition is a specific breach of this agreement with the understanding that a delay in class ... Conduct violation/academic dismissal. (3) agrees to make tuition payments specified. If, for any reason he/she cannot be ... established within the School handbook. (4) agrees that SCA for any reason she/he cancels ... that attendance ... regularly attending classes. (5) understands the implications of his ... the applicant agrees that this applying to ... the instructor, course of study, he/she will discuss the matters ... directly with the financial ... withdraws from classes, should notice from being given to SCA prior to ... (6) The applicant agrees that if SCA is not extending ... the applicant, or is sold or assigned, may be sold or assigned by SCA to a third party without notice to the applicant at any time ... rights and duties that upon approval, it may be immediately assigned ... acknowledges that, upon approval, it may be immediately assigned.

## RETURN OF TITLE IV

Students will have their Title IV Federal funds returned based upon a proportional calculation (return of funds) through the final 60% of the period charged. If a student has completed more than 60% of the period charged, there will be no funds returned. At this point, the period charged is 100% of his or her Title IV eligibility. Tuition will be charged by period of enrollment rather than these ... these students.

The school will determine the withdrawal date and then determine the percent of the period of enrollment attended by the student. The amount of the time the student is earned (100% of his or her ... the amount earned is greater than the amount disbursed, a ... post-withdrawal disbursement must be made. If the applicant receives ... eligible to be received. If the amount earned ... is greater than or equal to the amount of funds disbursed, no return of funds is due. If the amount earned is less than the amount disbursed, unearned ... funds will have to be returned to the appropriate Title IV program(s). All unearned funds will be returned within 45 days from the date the school determined that the student has withdrawn. Once the amount of tuition earned is calculated using the appropriate state policy.

## NEW JERSEY REFUND POLICY CANCELLATION

All applicants payments will be refunded in full, (1) if the applicant is not accepted by the school, or 2) if the applicant cancels in writing within (3) business days after signing by both parties, even if instruction has begun during the three (3) day period. If cancellation occurs beyond the three (3) days after signing, but before instruction at that before beginning of classes, the $100.00 registration fee will be retained. Tuition, if he cancelled as of the first date of attendance. Students who have not visited the school facility prior to enrollment will have the opportunity to withdraw, without penalty, within three (3) days following either attendance at a regularly scheduled orientation, or following a tour of the facilities and inspection of equipment. After commencement of classes, or programs 300 hours in length, but not exceeding 1200 hours, the school may retain the registration fee and cost for all books and supplies received by the student.

**Full-time Students (24 hours or more per week):** a) if withdrawal occurs in the 2nd or 3rd week of the program, 1) Cost of tuition if withdrawal occurs in the first week; b) 20% of the total tuition but prior to the third week of program, @ 100% if withdrawal occurs after completing 50% of the program.

**Part-Time Students (less than 24 hours per week):** a) 10% of the total tuition if withdrawal occurs within the first 25 hours of scheduled attendance; b) 45% of the total tuition if withdrawal occurs after 75 hours, but before 25% of the program; c) 70% of the total tuition if withdrawal occurs after 25% of the program but within 50% of the program; @ 100% if withdrawal occurs after completing 50% of the program.

In special cases, such as the death of the student, which make it impractical to complete the training, the school shall make a settlement which is fair and reasonable to both parties.

## PRIORITY OF REFUNDS

In the event the student received an excess of funds on the student's account, the school will give priority of refunds as follows: 1) Unsubsidized Federal Stafford Loan, 2) Subsidized Federal Stafford Loan, 3) Unsubsidized Federal Direct Loan, 4) Subsidized Federal Direct Loan, 5) Direct PLUS Loan, 6) Federal PLUS Loan, 7) Federal Pell Grant, 8) Other Federal, State, private or institutional sources of aid. 9) the student.

The student will be billed if a balance is due to the school have been exhausted. Any remaining balance due and payable for all ... will be subject to 1-1/2% interest per month on the unpaid balance, plus attorney's fees and collection costs.

Please note: Examples of refund calculations are available in the Financial Aid Office.

## NOTICE OF CANCELLATION

This agreement will not be binding until (3) business days have passed the date of signing this agreement by both parties. If you cancel, any money paid by you ... the date of the contract of sale, and any negotiable instrument executed by you will be returned ... cancel, any property traded in ... by the seller of your cancellation notice, and any security interest arising out of this transaction will be cancelled. To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice to STAR CAREER ACADEMY, 1 TO 1A, Berlin, NJ 08009 within 3 business days of the date of this transaction.

## NOTICE

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Washington, DC 20580.

It is unlawful in ... Maryland and Payeo to contract usury laws. Accordingly, if the transactions contemplated hereby by ... any right under the Consumer Credit Protection Act ... in New Jersey and the laws of the United States of America, would be usurious under applicable law (including any laws of the country) ... in connection with, it is agreed as follows: turn, in that event, notwithstanding anything to the contrary in any agreement entered into in connection for, charged, or received under this note or in the ... of any other interest allowed under applicable law that this note shall amount to, or otherwise constitutes ... the aggregate of all consideration (of otherwise or otherwise in connection with this note shall be credited on the note by the holder thereof, exceed the maximum amount ... the Maker); and 3) in the event the maturity of this note is accelerated for any this note or in the ... interest (resulting from any event include more than the maximum amount which would be permitted reason (or if this note shall been paid in full, refunded to the Maker) ... in the event the maturity of this note is accelerated for any ... of prepayment, then such consideration that constitutes interest may never include more than the maximum amount allowed by applicable law, and any excess interest, if any, provided for on this note (or if this note shall have been paid in full, refunded to the Maker) ... or prepayment, shall be credited on this note (or if this note shall have been paid in full, refunded to the Maker) ...

TREATMENT OF TITLE IV FUNDS WHEN A STUDENT WITHDRAWS FROM A CREDIT PROGRAM

| | | |
|---|---|---|
| STUDENTS NAME | | SOCIAL SECURITY NUMBER |
| DATE FORM COMPLETED | 12/20/2010 | DATE OF THE DETERMINATION THAT THE STUDENT WITHDREW  12/13/2010 |

Period used for calculation (check one)    [ ] payment period    [x] period of enrollment

Monetary amounts should be in dollars and cents (rounded to the nearest penny). Round to three decimal places when calculating percentages. For example,.4486 would be .449, or 44.9%.

### Step 1: Student's Title IV Aid Information
NOTE: NO TITLE IV

| | Net Amount Disbursed | Net Amount That Could Have Been Disbursed | | Amount Disbursed | Amount that could have been Disbursed | amount of stipend paid to student |
|---|---|---|---|---|---|---|
| 1. Unsubsidized FFEL/Direct Stafford Loan | $0.00 | $0.00 | 5. Pell grant | $5,450.00 | $1,388.00 | $0.00 |
| 2. Subsidized FFEL/Direct Stafford Loan | $0.00 | $0.00 | 6. FSEOG | $0.00 | $0.00 | $0.00 |
| 3. Perkins Loan | $0.00 | $0.00 | 7. Other Title IV programs* | $0.00 | $0.00 | $0.00 |
| 4. FFEL/Direct PLUS | $0.00 | $0.00 | * Do not include FWS | $0.00 | $0.00 | $0.00 |

A. Total Title IV aid disbursed (NOT aid that could have been disbused) for the payment period
or period of enrollment    A | $5,450.00

B. Total of Title IV aid disbursed plus the Title IV aid that could have been disbursed for the
payment period or period of enrollment    B | $6,838.00

### Step 2: Percentage of Title IV Earned

C. * If school is not required to take attendance and student withdrew notification, enter 50% in Box C and proceed to
Step 3 OR school may enter a last date of attendance at an academically-related activity for "withdrawal date" and proceed from there.

| | | | | |
|---|---|---|---|---|
| * Withdrawal date | 9/29/2010 | | Total number of calander days entire program | 267 |
| PAYMENT PERIOD 1 | 4/5/2010 TO 1/6/2011 | | Total Number of calander day attempted | 178 |
| | | | Total number of calander days in payment period 1 | 267 |
| | | | Total number of calander days in payment period 2 | N/A |
| | | | Total number of calander days in payment period 3 | N/A |

* Percentage of payment period or period of enrollment

Determine the calander days completed in the payment period or period of enrollment divided by the total
calander days in the payment period or period of enrollment (exclude schedule breaks of 5 days or more
AND days that the student was on approved leaves of absence).

| 178 | / | 267 | = | 66.7% | OF TERM 1 | C | 100.0% |
|---|---|---|---|---|---|---|---|
| N/A | / | N/A | = | N/A | OF TERM 2 | C | N/A |
| N/A | / | N/A | = | N/A | OF TERM 3 | C | N/A |

If this amount is less than or equal to 60%, enter the amount in Box C. If this amount is greater than 60%
(with or without rounding), enter 100% in Box C.

### STEP 3: Amount of Title IV Aid Earned by the student

D. Percentage of Title IV aid earned (Box C) x the total of Title IV aid disbursed plus the Title IV aid that could have been
disbursed for the payment period or period of enrollment (Box B)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TERM 1 | 100.0% | x | $6,838.00 | = | D | $6,838.00 |
| TERM 2 | N/A | x | N/A | = | D | N/A |
| TERM 3 | N/A | x | N/A | = | D | N/A |
| | Box C | | Box B | | | |

### Step 4: Total Title IV Aid to be Disbursed or Returned

If the amount in Box D is greater than the amount in Box A, go to item E. If the amount in Box A is greater than the amount
in Box D, go to item F.    If the amounts in Boxes A and D are equal, STOP. no further action is necessary.

Post-withdrawal disbursement.    Subtract Title IV aid disbursed for the payment period or period of enrollment (Box A)
from the amount of Title IV aid earned (Box D). This is the amount of the post-withdrawal disbursement due. Stop here
and go to the post-withdrawal disbursement tracking sheet.

| $6,838.00 | - | $5,450.00 | = | E | $1,388.00 |
|---|---|---|---|---|---|
| Box D | | Box A | | | |

**F: Title IV aid to be returned.**    Subtract the amount of Title IV aid earned (Box D) from Title IV aid disbursed for the payment period or period of enrollment (Box A). This is the amount of Title IV aid that must be returned.

| | | |
|---|---|---|
| $5,450.00   -   $6,838.00   = | F | $0.00 |
| Box A      Box D   -   stipend | | $0.00 |

**P 5: Amount of Unearned Title IV Aid Due from the SCHOOL**

**G.** Institutional charges for the payment period or period of enrollment

| Tuition | $15,637.00 | Other Fees | $425.00 | Other | $0.00 | | |
|---|---|---|---|---|---|---|---|
| Registration Fee | $0.00 | Books | $311.00 | Other | $92.00 | | |
| | | | | Total Institutional Charges | | G | $16,465.00 |

**H.** Percentage of Title IV aid unearned (100%-Box C)

| | | | |
|---|---|---|---|
| TERM 1 | | H | 0.0% |
| TERM 2 | | H | N/A |
| TERM 3 | | H | N/A |

**I.** Multiply institutional charges for the payment period or period of enrollment (Box G) times the percentage of Title IV aid unearned (Box H).

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TERM 1 | $16,465.00 | x | 0.0% | = | I | | $0.00 |
| TERM 2 | N/A | x | N/A | = | I | | N/A |
| TERM 3 | N/A | x | N/A | = | I | | N/A |
| | Box G | | Box H | | | | |

**J.** Compare the amount of Title IV aid to be returned (Box F) to Box I and enter the lesser amount.    J   $0.00

     -   stipend   $0.00

**STEP 6: Return of Funds by the SCHOOL**

The school must return the unearned aid for which the school is responsible (Box J) by repaying funds to the following sources, in order, up to the total net amount disbursed from each source.

| | Amount for School to Return | Award Year | | Amount for School to Return | Award Year |
|---|---|---|---|---|---|
| 1. Unsubsidized FFEL/ Direct Staffod Loan | $0.00 | | 5. Pell Grant | $0.00 | |
| 2. Subsidized FFEL/Direct Stafford Loan | $0.00 | | 6. FSEOG | $0.00 | |
| 3. Perkins Loan | $0.00 | | 7. Other Title IV programs | $0.00 | |
| 4. FFEL/Direct PLUS | $0.00 | | | | |

**STEP 7: Initial Amount of Unearned Title IV Aid Due from the STUDENT**

**K:** Subtract the amount of Title IV aid due from the school (Box J) from the amount of Title IV aid to be returned (Box F)

| | | |
|---|---|---|
| $0.00   -   $0.00   = | K | $0.00 |
| Box F      Box J | | |

**Step 8: Return of Funds by the STUDENT**

The student (or parent for a PLUS loan) must return unearned aid for which the student is responsible (Box K) by repaying funds to the following sources, in order, up to the total net amount disbursed from each source, after subtracting the amount the school will return. Amounts to be returned to grants reduced by 50%.

| | Amount for Student to return | | Amount for Student to return | | |
|---|---|---|---|---|---|
| 1. Unsubsidized FFEL/ Direct Staffod Loan* | $0.00 | 5. Pell Grant | $0.00 | x 50% | $0.00 |
| 2. Subsidized FFEL/Direct Stafford Loan * | $0.00 | 6. FSEOG | $0.00 | x 50% | $0.00 |
| 3. Perkins Loan* | $0.00 | 7. Other Title IV programs | $0.00 | | |
| 4. FFEL/Direct PLUS* | $0.00 | (X 50% for grant funds) | | | |

* Loan amounts are returned in accordance with the terms of the promissory note. No further action is required other than notification to the holder of the loan of the student's withdrawal date.

**Post-Withdrawal Disbursement Tracking Sheet**

STUDENT'S NAME ███████████ SOCIAL SECURITY NUMBER ███████████

unt of Post-Withdrawal Disbursement

A. Amount from Box E of "Treatment of Title IV Funds When a STudent Withdrawals" Worksheet    A | $1,388.00

NOTE: STUDENT DID NOT REACH 3RD MID POINT

**Post-withdrawal Disbursement Credited to student's Account**

B. Total outstanding charges on student's account    B | $0.00

C. Total amount of post-withdrawal disbursement credited to student's account

    * Amount of post-withdrawal disbursement credited for tuition, fees,
       room and board (if student contracts with the institution)    $0.00

    * Amount of post-withdrawal disbursement credited for other
       current charges    +    $0.00

    * Amount of post-withdrawal disbursement credited for minor prior
       year charges    +    $0.00

                   Total Amount Credited to Account    C | $0.00

D. Student and/or parent authorization to credit account for other current charges or minor prior year charges
    (if necessary) obtained on

E. If a post-withdrawal disbursement of loan funds is credited to account, date of notification to
    student and/or parent

**Post-Withdrawal Disbursement Offered to Student/Parent**

F. Total amount of post-withdrawal disbursement (Box A)- amount of post-withdrawal disbursement credited to
    student's account (Box C) = Total amount to offer to student/parent    F | $0.00

G. Notification sent to student and/or parent on

H  Response received from student/parent on

    Response not received

I.  Amount accepted    I

**Post-withdrawal Disbursement Made From**

| | | | | |
|---|---|---|---|---|
| Pell Grant | $0.00 | Unsubsidized FFEL/ Direct Staffod Loan | $0.00 |
| FSEOG | $0.00 | Subsidized FFEL/Direct Stafford Loan | $0.00 |
| Other Title IV programs (grants) | $0.00 | Perkins Loan | $0.00 |
| | | FFEL/Direct PLUS | $0.00 |
| | | Other Title IV programs (loans) | $0.00 |

| | | | | |
|---|---|---|---|---|
| CAMPUS: | EGG HARBOR | | TUITION ONLY | $15,637.00 |
| DATE: | 12/28/2010 | X | % TO BE RETAINED | 0.00% |
| STUDENT NAME: | | X | % TO BE RETAINED | 0.00% |
| SOCIAL SECURITY NUMBER: | | X | % TO BE RETAINED | 0.00% |
| PROGRAM: | DT-D | X | % TO BE RETAINED | 0.00% |
| START DATE: | 4/5/2010 | X | % TO BE RETAINED | 100.00% |
| NUMBER OF WEEKS IN PROGRAM | 37.5 | | TUITION TO RETAIN | $15,637.00 |
| NUMBER OF HOURS IN WEEK | 24 | = | REGISTRATION FEE | $0.00 |
| | | + | OTHER FEES | $425.00 |
| TOTAL # OF CLOCK HOURS FOR CLASS: | 900 | + | BOOKS, SUPP, EQUIP | $403.00 |
| DATE OF COS: | 12/13/2010 | - | BOOKS NOT ISSUED | $0.00 |
| LAST DAY ATTENDED: | 9/29/2010 | - | UNPAID CHARGES | N/A |
| HOURS PRESENT: | N/A | = | RETAINABLE FUNDS | $16,465.00 |
| HOURS SCHEDULED: | 600 | | TOTAL PD TO INST COSTS | $14,077.00 |
| | | - | RETAINABLE FUNDS | $16,465.00 |
| TOTAL TUITION ONLY | $15,637.00 | = | REFUND DUE | ($2,388.00) |

| | | |
|---|---|---|
| REGISTRATION FEE | + | $0.00 |
| OTHER FEES | + | $425.00 |
| BOOKS, SUPPLIES, EQUIPMENT | + | $403.00 |
| TOTAL INSTITUTIONAL COSTS | = | $16,465.00 |
| TOTAL AID PAID TO | PELL - | $5,450.00 |
| INSTITUTIONAL COSTS    STAFFORD SUB. - | | $0.00 |
| STAFFORD UNSUB. - | | $0.00 |
| AGENCY | | $3,828.00 |
| SCHOLARSHIP - | | $4,799.00 |
| STUDUNT SCHEDULED CASH PAYMENTS | = | $2,388.00 |
| STUDENT CASH PD TO EDUC. EXPENSES | - | $0.00 |
| UNPAID CHARGES | = | $2,388.00 |

* IF REFUND DUE IS A NEGATIVE NUMBER-
  SEND REFUND CALCULATION, FINANCE CARD
  & CHANGE OF STATUS TO CORPORATE

* DO NOT INCLUDE UNEARNED FUNDS IN THIS FIGURE

| | EARNED FUNDS | UNEARNED FUNDS | TOTAL OF ALL FUNDS | AWARD YEAR OF FUNDS |
|---|---|---|---|---|
| UNSUB | $0.00 | $0.00 | $0.00 | |
| STAFFORD | $0.00 | $0.00 | $0.00 | |
| PLUS | $0.00 | $0.00 | $0.00 | |
| PELL | $0.00 | $0.00 | $0.00 | |
| SEOG | $0.00 | $0.00 | $0.00 | |
| OTHER | $0.00 | $0.00 | $0.00 | |
| TOTAL | $0.00 | $0.00 | $0.00 | |

| | | |
|---|---|---|
| AMOUNT OF UNEARNED FUNDS | PELL | $0.00 |
| AMOUNT OF UNEARNED FUNDS | STAFFORD | $0.00 |
| AMOUNT OF UNEARNED FUNDS | UNSUB | $0.00 |
| AMOUNT OF UNEARNED FUNDS | PLUS | $0.00 |
| AMOUNT OF UNEARNED FUNDS | SEOG | $0.00 |

| NAME OF BANK TO REFUND | |
|---|---|
| SUB/UNSUB/PLUS | |
| OTHER BANKS | |

| | |
|---|---|
| TOTAL TUITION AND FEES: | $16,465.00 |
| LESS TOTAL EDUC. CHARGES: | $16,465.00 |
| EQUALS UNEARNED TUITION AND FEES: | $0.00 |



# STAR TECHNICAL INSTITUTE
## NEW JERSEY ENROLLMENT AGREEMENT

*8*

RETAIL INSTALLMENT CONTRACT/CONSUMER NOTE

RETAIL INSTALLMENT

ITEMIZATION OF AMOUNT FINANCED

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION CONCERNING REFUND POLICY AND OTHER IMPORTANT PROVISIONS

## PROVISIONS OF THIS AGREEMENT

The applicant (1) agrees to abide by STAR TECHNICAL INSTITUTE (hereinafter referred to as STI) regulations during his/her period of attendance; (2) understands that non payment of tuition; failing grades, or unsatisfactory conduct, may result in immediate dismissal; (3) agrees to make tuition payments as specified in this agreement with the understanding that absence from a regularly scheduled class does not relieve him/her of the liability; and (4) agrees that if for any reason he/she cannot continue his/her course of study, he/she will discuss the matter with an official of STI prior to termination. If a student cancels or withdraws from classes, such notice must be given to the address noted on the reverse side by certified mail.

STI agrees to: (1) provide its facilities, staff, equipment and expertise for complete training in the course of study; (2) provide consultation services during and after the training period, and (3) assist students and alumni in initial job placement (though PLACEMENT CANNOT BE GUARANTEED).

Upon satisfactory completion of the program, STI will award a DIPLOMA in recognition of this achievement. A minimum final grade of 70% is required for graduation and all financial obligations must be settled.

STI reserves the right to change instructors, revise and/or change course outlines and lesson materials (to insure that current and future industry standards are met), and to make such other changes as the school deems advisable after approval by the proper authority (including merger of classes and revision of class schedules). In no event will any such change diminish the competency or content of any program or result in additional charges to the student.

## RETURN OF TITLE IV

Students will have their Title IV Federal Funds returned based upon a proportional calculation (return of funds) through the final 60% of the period charged. If a student has completed more than 60% of the period charged, there will not be any funds returned. At this point, the student has earned 100% of his or her Title IV eligibility. Tuition will be charged by period of enrollment rather than payment period for these students.

The school will determine the withdrawal date and then determine the percent of the period of enrollment attended by the student. The amount of the Title IV aid earned will be determined by multiplying total aid disbursed or eligible to be disbursed by the percentage of time attended. The amount of Title IV funds earned will then be compared to the amount received or eligible to be received. If the amount earned is greater than or equal to the amount disbursed, no return of funds is due. If the amount earned is greater than the amount disbursed, a post-withdrawal disbursement must be made. If the student is eligible. If the amount earned is less than the amount disbursed, unearned funds will have to be returned to the appropriate Title IV program(s). All unearned funds will be returned within 45 days from the date the school determined the student has withdrawn. Once the appropriate refunds have been made according to the Federal return of funds policy, the institution will then calculate the amount of tuition earned using the appropriate state policy.

## NEW JERSEY REFUND POLICY/CANCELLATION

All advance payments will be refunded in full if: 1) the applicant is not accepted by the school, or 2) the applicant cancels in writing within three (3) business days after signing by both parties, even if instruction has begun during the three (3) day period. If cancellation occurs beyond the three (3) days after signing of the enrollment agreement but before beginning of classes, only the $100.00 registration fee will be retained. Tuition will be calculated as of the last day of attendance. Students who have not visited the school facility prior to enrollment will have the opportunity to withdraw without penalty within three (3) days following either attendance at a regularly scheduled orientation or following a tour of the school facility and inspection of equipment. After commencement of classes, for programs 300 hours in length but not exceeding 1200 hours, the school may retain the registration fee, student services fee and cost for all books and supplies received by the student plus:

**Full-Time Students (24 hours or more per week)**
a) 10% of the total tuition if withdrawal occurs in the first week; b) 20% of the total tuition if withdrawal occurs in the 2nd or 3rd week of the program; c) 45% of the total tuition if withdrawal occurs after the third week but prior to the completion of 25% of the program; d) 70% of the total tuition if withdrawal occurs after 25% of the program but within 50% of the program; e) 100% if withdrawal occurs after completing 50% of the program.

**Part-Time Students (less than 24 hours per week)**
a) 10% of the total tuition if withdrawal occurs within the first 25 hours of scheduled attendance; b) 20% of the total tuition if withdrawal occurs between 25 and 75 hours of scheduled attendance; c) 45% of the total tuition if withdrawal occurs after 75 hours but within 25% of the program; d) 70% of the total tuition if withdrawal occurs after 25% of the program but within 50% of the program; e) 100% if withdrawal occurs after completing 50% of the program.

In special cases, such as the death of the student, which make it impractical to complete the training, the school shall make a settlement which is fair and reasonable to both parties.

## PRIORITY OF REFUNDS

In the event the school has received an excess of funds on the student's account, the school will give priority to refunds as follows: 1) Unsubsidized Federal Stafford Loan; 2) Subsidized Federal Stafford Loan; 3) Unsubsidized Federal Direct Loan; 4) Subsidized Federal Direct Loan; 5) Federal Plus Loan; 6) Direct Plus Loan; 7) Federal Pell Grant; 8) Other Federal, State, private or institutional sources of aid; 9) the student.

The student will be billed if a balance is due to the school after the refunds have been calculated. Any remaining balances are due and payable in full immediately and are subject to 1½% interest per month on the unpaid balance, plus attorney's fees and collection costs. Please note: Examples of refund calculations are available in the Financial Aid Office.

## NOTICE OF CANCELLATION

This agreement shall not be binding until (3) business days have passed from the date of signing this agreement by both parties. If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within ten business days following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled. To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice to STAR TECHNICAL INSTITUTE, 114 Cross Keys Road, Suite 101A, Berlin, NJ 08009 within 3 business days of the date of this contract.

## NOTICE

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with the law concerning this creditor is the Federal Trade Commission, Washington, DC 20580.

It is the intention of Maker and Payee to conform strictly to applicable usury laws. Accordingly, if the transactions contemplated hereby would be usurious under applicable law (including the laws of the State of New Jersey and the laws of the United States of America), then, in that event, notwithstanding anything of the contrary in any agreement entered into in connection with, it is agreed as follows: (i) the aggregate of all the other consideration which constitutes interest under applicable law that is contracted for, charged or received under this note or under any of the aforesaid agreements or otherwise in connection with this note that would under no circumstances exceed the maximum amount of interest allowed by applicable law, and any excess shall be credited on the note by the holder thereof (or, if this note shall have been paid in full, refunded to the Maker), and (ii) in the event that maturity of this note is accelerated by reason of an election by the holder thereof resulting from any default hereunder or otherwise, or in the event of any required or permitted prepayment, then such consideration that constitutes interest may never include more than the maximum amount allowed by applicable law, and any excess interest, if any, provided for in this note or otherwise shall be cancelled automatically as of the date of such acceleration or prepayment and, if theretofore prepaid, shall be credited on this note (or, if this note shall have been paid in full, refunded to the Maker).

NOTICE: See reverse side for additional terms of contract.

TREATMENT OF TITLE IV FUNDS WHEN A STUDENT WITHDRAWS FROM A CREDIT PROGRAM

| STUDENTS NAME | | SOCIAL SECURITY NUMBER | |
|---|---|---|---|

| DATE FORM COMPLETED | 12/22/2010 | DATE OF THE DETERMINATION THAT THE STUDENT WITHDREW |
|---|---|---|
| | | 12/13/2010 |

period used for calculation (check one)  [ ] payment period   [ x ] period of enrollment

Monetary amounts should be in dollars and cents (rounded to the nearest penny). Round to three decimal places when calculating percentages. For example, .4486 would be .449, or 44.9%.

**Step 1: Student's Title IV Aid Information**

| | Net Amount Disbursed | Net Amount That Could Have Been Disbursed | | Amount Disbursed | Amount that could have been Disbursed | amount of stipend paid to student |
|---|---|---|---|---|---|---|
| 1. Unsubsidized FFEL/Direct Stafford Loan | $0.00 | $0.00 | 5. Pell grant | $0.00 | $0.00 | $0.00 |
| 2. Subsidized FFEL/Direct Stafford Loan | $0.00 | $0.00 | 6. FSEOG | $0.00 | $0.00 | $0.00 |
| 3. Perkins Loan | $0.00 | $0.00 | 7. Other Title IV programs* | $0.00 | $0.00 | $0.00 |
| 4. FFEL/Direct PLUS | $0.00 | $0.00 | * Do not include FWS | $0.00 | $0.00 | $0.00 |

A. Total Title IV aid disbursed (NOT aid that could have been disbused) for the payment period
or period of enrollment                                                              A | $0.00

B. Total of Title IV aid disbursed plus the Title IV aid that could have been disbursed for the
payment period or period of enrollment                                               B | $0.00

**Step 2: Percentage of Title IV Earned**

C. * If school is not required to take attendance and student withdrew notification, enter 50% in Box C and proceed to
Step 3 OR school may enter a last date of attendance at an academically-related activity for "withdrawal date" and proceed from there.

| | | | | Total number of calander days entire program | 267 |
|---|---|---|---|---|---|
| * Withdrawal date | 9/29/2010 | | | Total Number of calander day attempted | 178 |
| MENT PERIOD 1 | 4/5/2010 | TO | 1/6/2011 | Total number of calander days in payment period 1 | 267 |
| | | | | Total number of calander days in payment period 2 | N/A |
| | | | | Total number of calander days in payment period 3 | N/A |

* Percentage of payment period or period of enrollment

Determine the calander days completed in the payment period or period of enrollment divided by the total
calander days in the payment period or period of enrollment (exclude schedule breaks of 5 days or more
AND days that the student was on approved leaves of absence).

| 178 | / | 267 | = | 66.7% OF TERM 1 | C | 100.0% |
|---|---|---|---|---|---|---|
| N/A | / | N/A | = | N/A OF TERM 2 | C | N/A |
| N/A | / | N/A | = | N/A OF TERM 3 | C | N/A |

If this amount is less than or equal to 60%, enter the amount in Box C. If this amount is greater than 60%
(with or without rounding), enter 100% in Box C.

**STEP 3: Amount of Title IV Aid Earned by the student**

D. Percentage of Title IV aid earned (Box C) x the total of Title IV aid disbursed plus the Title IV aid that could have been
disbursed for the payment period or period of enrollment (Box B)

| | TERM 1 | 100.0% | x | $0.00 | = | D | $0.00 |
|---|---|---|---|---|---|---|---|
| | TERM 2 | N/A | x | N/A | = | D | N/A |
| | TERM 3 | N/A | x | N/A | = | D | N/A |
| | | Box C | | Box B | | | |

**Step 4: Total Title IV Aid to be Disbursed or Returned**

If the amount in Box D is greater than the amount in Box A, go to item E. If the amount in Box A is greater than the amount
in Box D, go to item F.        If the amounts in Boxes A and D are equal, STOP. no further action is necessary.

st-withdrawal disbursement.        Subtract Title IV aid disbursed for the payment period or period of enrollment (Box A)
from the amount of Title IV aid earned (Box D). This is the amount of the post-withdrawal disbursement due. Stop here
and go to the post-withdrawal disbursement tracking sheet.

| $0.00 | - | $0.00 | = | E | $0.00 |
|---|---|---|---|---|---|
| Box D | | Box A | | | |

**F: Title IV aid to be returned.** Subtract the amount of Title IV aid earned (Box D) from Title IV aid disbursed for the payment period or period of enrollment (Box A). This is the amount of Title IV aid that must be returned.

| | | | | | | |
|---|---|---|---|---|---|---|
| $0.00 | - | $0.00 | = | F | $0.00 | |
| Box A | | Box D | - | stipend | $0.00 | |

## P 5: Amount of Unearned Title IV Aid Due from the SCHOOL

G. Institutional charges for the payment period or period of enrollment

| Tuition | $15,637.00 | Other Fees | $425.00 | Other | $0.00 | | |
|---|---|---|---|---|---|---|---|
| Registration Fee | $0.00 | Books | $311.00 | Other | $92.00 | | |
| | | | | Total Institutional Charges | | G | $16,465.00 |

| H. Percentage of Title IV aid unearned (100%-Box C) | | | |
|---|---|---|---|
| | TERM 1 | H | 0.0% |
| | TERM 2 | H | N/A |
| | TERM 3 | H | N/A |

I. Multiply institutional charges for the payment period or period of enrollment (Box G) times the percentage of Title IV aid unearned (Box H).

| | | | | | | |
|---|---|---|---|---|---|---|
| TERM 1 | $16,465.00 | x | 0.0% | = | I | $0.00 |
| TERM 2 | N/A | x | N/A | = | I | N/A |
| TERM 3 | N/A | x | N/A | = | I | N/A |
| Box G | | | Box H | | | |

| J. Compare the amount of Title IV aid to be returned (Box F) to Box I and enter the lesser amount. | J | $0.00 |
|---|---|---|
| | - stipend | $0.00 |

## STEP 6: Return of Funds by the SCHOOL

The school must return the unearned aid for which the school is responsible (Box J) by repaying funds to the following sources, in order, up to the total net amount disbursed from each source.

| | Amount for School to Return | Award Year | | Amount for School to Return | Award Year |
|---|---|---|---|---|---|
| 1. Unsubsidized FFEL/ Direct Staffod Loan | $0.00 | | 5. Pell Grant | $0.00 | |
| 2. Subsidized FFEL/Direct Stafford Loan | $0.00 | | 6. FSEOG | $0.00 | |
| 3. Perkins Loan | $0.00 | | 7. Other Title IV programs | $0.00 | |
| 4. FFEL/Direct PLUS | $0.00 | | | | |

## STEP 7: Initial Amount of Unearned Title IV Aid Due from the STUDENT

K: Subtract the amount of Title IV aid due from the school (Box J) from the amount of Title IV aid to be returned (Box F)

| | | | | | |
|---|---|---|---|---|---|
| $0.00 | - | $0.00 | = | K | $0.00 |
| Box F | | Box J | | | |

## Step 8: Return of Funds by the STUDENT

The student (or parent for a PLUS loan) must return unearned aid for which the student is respnsible (Box K) by repaying funds to the following sources, in order, up to the total net amount disbursed from each source, after subtracting the amount the school will return. Amounts to be returned to grants reduced by 50%.

| | Amount for Student to return | | | Amount for Student to return | | |
|---|---|---|---|---|---|---|
| 1. Unsubsidized FFEL/ Direct Staffod Loan* | $0.00 | 5. Pell Grant | $0.00 | x 50% | $0.00 |
| 2. Subsidized FFEL/Direct Stafford Loan * | $0.00 | 6. FSEOG | $0.00 | x 50% | $0.00 |
| 3. Perkins Loan* | $0.00 | 7. Other Title IV programs | $0.00 | | |
| 4. FFEL/Direct PLUS* | $0.00 | (X 50% for grant funds) | | | |

* Loan amounts are returned in accordance with the terms of the promissory note. No further action is required other than notification to the holder of the loan of the student's withdrawal date.

Post-Withdrawal Disbursement Tracking Sheet

STUDENTS NAME ████████ SOCIAL SECURITY NUMBER ████████

unt of Post-Withdrawal Disbursement

A. Amount from Box E of "Treatment of Title IV Funds When a STudent Withdrawals" Worksheet    A | $0.00 |

---

**Post-withdrawal Disbursement Credited to student's Account**

B. Total outstanding charges on student's account    B | $0.00 |

C. Total amount of post-withdrawal disbursement credited to student's account

      \* Amount of post-withdrawal disbursement credited for tuition, fees,
         room and board (if student contracts with the institution)    $0.00

      \* Amount of post-withdrawal disbursement credited for other
         current charges    +    $0.00

      \* Amount of post-withdrawal disbursement credited for minor prior
         year charges    +    $0.00

                              Total Amount Credited to Account    C    | $0.00 |

D. Student and/or parent authorization to credit account for other current charges or minor prior year charges
   (if necessary) obtained on    _____|_____|_____

E. If a post-withdrawal disbursement of loan funds is credited to account, date of notification to
         student and/or parent    _____|_____|_____

---

**Post-Withdrawal Disbursement Offered to Student/Parent**

F. Total amount of post-withdrawal disbursement (Box A)- amount of post-withdrawal disbursement credited to
   student's account (Box C) = Total amount to offer to student/parent    F | $0.00 |

G. Notification sent to student and/or parent on    _____|_____|_____

H  Response received from student/parent on    _____|_____|_____

  Response not received    | _____ |

I.  Amount accepted    I | _____ |

---

Post-withdrawal Disbursement Made From

| | | | |
|---|---|---|---|
| Pell Grant | $0.00 | Unsubsidized FFEL/ Direct Staffod Loan | $0.00 |
| FSEOG | $0.00 | Subsidized FFEL/Direct Stafford Loan | $0.00 |
| Other Title IV programs (grants) | $0.00 | Perkins Loan | $0.00 |
| | | FFEL/Direct PLUS | $0.00 |
| | | Other Title IV programs (loans) | $0.00 |

| | | | | |
|---|---|---|---|---|
| CAMPUS: | EGG HARBOR | | TUITION ONLY | $15,637.00 |
| DATE: | 12/22/2010 | X | % TO BE RETAINED | 0.00% |
| STUDENT NAME: | | X | % TO BE RETAINED | 0.00% |
| SOCIAL SECURITY NUMBER: | | X | % TO BE RETAINED | 0.00% |
| PROGRAM: | MA-DAY | X | % TO BE RETAINED | 0.00% |
| START DATE: | 4/5/2010 | X | % TO BE RETAINED | 100.00% |
| NUMBER OF WEEKS IN PROGRAM | 37.5 | | TUITION TO RETAIN | $15,637.00 |
| NUMBER OF HOURS IN WEEK | 24 | = | REGISTRATION FEE | $0.00 |
| | | + | OTHER FEES | $425.00 |
| TOTAL # OF CLOCK HOURS FOR CLASS: | 900 | + | BOOKS, SUPP, EQUIP | $403.00 |
| DATE OF COS: | 12/13/2010 | - | BOOKS NOT ISSUED | $0.00 |
| LAST DAY ATTENDED: | 9/29/2010 | - | UNPAID CHARGES | N/A |
| HOURS PRESENT: | N/A | = | RETAINABLE FUNDS | $16,465.00 |
| HOURS SCHEDULED: | 600 | | TOTAL PD TO INST COSTS | $16,465.00 |
| | | - | RETAINABLE FUNDS | $16,465.00 |
| TOTAL TUITION ONLY | $15,637.00 | = | REFUND DUE | $0.00 |

| | | |
|---|---|---|
| TOTAL TUITION ONLY | | $15,637.00 |
| REGISTRATION FEE | + | $0.00 |
| OTHER FEES | + | $425.00 |
| BOOKS, SUPPLIES, EQUIPMENT | + | $403.00 |
| TOTAL INSTITUTIONAL COSTS | = | $16,465.00 |
| TOTAL AID PAID TO | PELL - | $0.00 |
| INSTITUTIONAL COSTS | STAFFORD SUB. - | $0.00 |
| | STAFFORD UNSUB. - | $0.00 |
| | TRADE ACT - | $16,465.00 |
| | SEOG SCHOOL MATCH - | $0.00 |
| STUDUNT SCHEDULED CASH PAYMENTS | = | $0.00 |
| STUDENT CASH PD TO EDUC. EXPENSES | - | $0.00 |
| UNPAID CHARGES | = | $0.00 |

* DO NOT INCLUDE UNEARNED FUNDS IN THIS FIGURE

| | | |
|---|---|---|
| AMOUNT OF UNEARNED FUNDS | PELL | $0.00 |
| AMOUNT OF UNEARNED FUNDS | STAFFORD | $0.00 |
| AMOUNT OF UNEARNED FUNDS | UNSUB | $0.00 |
| AMOUNT OF UNEARNED FUNDS | PLUS | $0.00 |
| AMOUNT OF UNEARNED FUNDS | SEOG | $0.00 |

| | EARNED FUNDS | UNEARNED FUNDS | TOTAL OF ALL FUNDS | AWARD YEAR OF FUNDS |
|---|---|---|---|---|
| UNSUB | $0.00 | $0.00 | $0.00 | |
| STAFFORD | $0.00 | $0.00 | $0.00 | |
| PLUS | $0.00 | $0.00 | $0.00 | |
| PELL | $0.00 | $0.00 | $0.00 | |
| SEOG | $0.00 | $0.00 | $0.00 | |
| OTHER | $0.00 | $0.00 | $0.00 | |
| TOTAL | $0.00 | $0.00 | $0.00 | |

NAME OF BANK TO REFUND

SUB/UNSUB/PLUS

OTHER BANKS

| | |
|---|---|
| TOTAL TUITION AND FEES: | $16,465.00 |
| LESS TOTAL EDUC. CHARGES: | $16,465.00 |
| EQUALS UNEARNED TUITION AND FEES: | $0.00 |



**PROVISIONS OF THIS AGREEMENT**
The applicant (1) agrees to abide by STAR CAREER ACADEMY (hereinafter referred to as SCA) regulations during his/her period of attendance; (SCA has the right to cancel/terminate the student's enrollment, based on the following circumstances: (1.) failure to maintain Satisfactory Academic Progress; and (2) Student Conduct that is detrimental to the student and/or school (Note: these points are discussed in detail within the school's Official School Catalogue) (2) understands that nonpayment of tuition, failing grades, or unsatisfactory conduct, may result in immediate dismissal; (3) agrees to make tuition payments as specified in this agreement with the understanding that absence from regularly scheduled class does not relieve him/her of this liability; and (4) agrees that if for any reason he/she cannot continue his/her course of study, he/she will discuss the matter with an official of SCA, prior to termination; if a student cancels or withdraws from classes, such notice must be given to the address noted on the reverse side by certified mail. (5) SCA is not extending an offer of employment as a condition for the student applying for and receiving financial aid (6) the applicant agrees that the financial rights and duties under this agreement may be said or assigned to SCA to a third party without notice to the applicant at any time; and acknowledges that, upon approval, it may be immediately assigned.

STAR CAREER ACADEMY agrees to: (1) provide its facilities, staff, equipment and expertise to complete training in the course of study, (2) provide consultation services during and after the training period, and (3) assist students and alumni in initial job placement (though PLACEMENT CANNOT BE GUARANTEED.) Upon satisfactory completion of the program, STAR CAREER ACADEMY will award a DIPLOMA in recognition of this achievement. A minimum final grade of 70% is required for graduation (see school catalog) and all financial obligations must be settled and meet job search requirements. STAR CAREER ACADEMY reserves the right to revise course outlines, textbooks and/or change instructors, and to make such other changes as the school deems advisable. Changes in tuition, fees and other charges shall require a 60-day advance notice.

**CANCELLATION OF ENROLLMENT**
The application/registration fee is fully refundable if the student requests cancellation within five (5) calendar days after signing the enrollment agreement or application if no classes have been attended. A request for cancellation shall be confirmed in writing by the student within ten (10) calendar days of signing the agreement or application. A student canceling after the fifth calendar day following the date of enrollment, but prior to the beginning of classes, shall be refunded all monies paid except the application/registration fee of $100.00. An applicant rejected by the school shall be entitled to a refund of all monies paid. Students who have not visited the school facility prior to enrollment will have the opportunity to withdraw without penalty within three (3) days following either attendance at a regularly scheduled orientation or following a tour of the school facility and inspection of equipment.

**RETURN OF TITLE IV**
Students will have their Title IV Federal Funds returned based upon a proportional calculation (return of funds) through the final 60% of the period charged. If a student has completed more than 50% of the period charged; there will not be any funds returned. At this point, the student has earned 100% of his or her Title IV eligibility. Tuition will be charged by period or by enrollment rather than payment period for these students. The school will determine the withdrawal date and then determine the percent of the period of enrollment attended by the student. The amount of the Title IV aid earned will be determined by multiplying total aid disbursed or eligible to be disbursed by the percentage of time attended. The amount of Title IV funds earned will then be compared to the amount received or eligible to be received. If the amount earned is greater than or equal to the amount disbursed; no return of funds is due. If the amount earned is greater than the amount disbursed; a post-withdrawal disbursement must be made and the student is eligible. If the amount earned is less than the amount disbursed; unearned funds will have to be returned to the appropriate Title IV program(s). All unearned funds will be returned within 45 days from the date the school determined the student has withdrawn. Once the appropriate refunds have been made according to the Federal return of funds policy, the institution will then calculate the amount of tuition earned using the appropriate state policy.

**NEW JERSEY REFUND POLICY/CANCELLATION**
All advance payments will be refunded in full if: 1) the applicant is not accepted by the school, or 2) the applicant cancels in writing within three (3) business days after signing by both parties, even if instruction has begun during the three (3) day period. If cancellation occurs beyond the three (3) days after signing of the enrollment agreement but before beginning of classes, the $100.00 registration fee will be retained. Tuition will be calculated as of the last day of attendance. Students who have not visited the school facility prior to enrollment will have the opportunity to withdraw without penalty within three (3) days following either attendance at a regularly scheduled orientation or following a tour of the school facility and inspection of equipment. After commencement of classes, for programs 300 hours in length but not exceeding 1200 hours, the school may retain the registration fee, student services fee and cost for all books and supplies received by the student plus:

**Full-Time Students (24 hours or more per week):** a) 10% of the total tuition if withdrawal occurs in the first week; b) 20% of the total tuition if withdrawal occurs in the 2nd or 3rd week of the program; c) 45% of the total tuition if withdrawal occurs after the third week but prior to the completion of 25% of the program; d) 70% of the total tuition if withdrawal occurs after 25% of the program but within 50% of the program; e) 100% if withdrawal occurs after completing 50% of the program.

**Part-Time Students (less than 24 hours per week):** a) 10% of the total tuition if withdrawal occurs within the first 25 hours of scheduled attendance; b) 20% of the total tuition if withdrawal occurs between 26 and 75 hours of scheduled attendance; c) 45% of the total tuition if withdrawal occurs after 75 hours but within 25% of the program; d) 70% of the total tuition if withdrawal occurs after 25% of the program but within 50% of the program; e) 100% if withdrawal occurs after completing 50% of the program.

**SPECIAL CASES:** Such as the death of the student, which make it impractical to complete the training, the school shall make a settlement which is fair and reasonable to both parties.

When a student fails to attend school for a significant test, a special letter (Letter of Withdrawal) is sent advising the student they are being dropped from the program. Unless the student returns or makes contact with the school immediately, the student will be considered a withdraw as of the date of the letter.

**PRIORITY OF REFUNDS**
In the event the school has received an excess of funds on the student's account, the school will give priority to refunds as follows: 1) Unsubsidized Federal Stafford Loan; 2) Subsidized Federal Stafford Loan; 3) Unsubsidized Federal Direct Loan; 4) Subsidized Federal Direct Loan; 5) Federal Plus Loan; 6) Direct Plus Loan; 7) Federal Pell Grant; 8) Other Federal, State, private or institutional sources of aid; 9) the student. The student will be billed if a balance is due to the school after the refunds have been calculated. Any remaining balances are due and payable in full immediately and are subject to 1.75% interest per month on the unpaid balance, plus attorney's fees and collection costs. Please note: Examples of refund calculations are available in the Financial Aid Office.

**NOTICE OF CANCELLATION**
This agreement shall not be binding until (3) business days have passed from the date of signing this agreement by both parties. If you cancel, any property (traded in) any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within ten (10) business days following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled. To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice to STAR CAREER ACADEMY, 114 Cross Keys Road, Suite 101A, Berlin, NJ 08009 within 3 business days of the date of this contract.

**NOTICE**
ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with the law concerning this creditor is the Federal Trade Commission, Washington, DC 20580.

It is the intention of Maker and Payee to conform strictly to applicable usury laws. Accordingly, if the transactions contemplated hereby would be usurious under applicable law (including the laws of the State of New Jersey and the laws of the United States of America), then, in that event, notwithstanding anything of the contrary in any agreement entered into in connection with, it is agreed as follows: (i) the aggregate of all consideration which constitutes interest under applicable law that is contracted for, charged or received under this note or under any of the other aforesaid agreements or otherwise in connection with this note shall under no circumstances exceed the maximum amount of interest allowed by applicable law, and any excess shall be credited on the note by the holder thereof (or, if this note shall have been paid in full, refunded to the Maker); and (ii) in the event that maturity of this note is accelerated by reason of an election by the holder thereof resulting from any default hereunder or otherwise, or in the event of any required or permitted prepayment, then such consideration that constitutes interest may never include more than the maximum amount allowed by applicable law, and excess interest, if any, provided for in this note or otherwise shall be cancelled automatically as of the date of such acceleration or prepayment and, if theretofore prepaid, shall be credited on the note (or, if this note shall have been paid in full, refunded to the Maker).

NOTICE: See reverse side for additional terms of contract.

TREATMENT OF TITLE IV FUNDS WHEN A STUDENT WITHDRAWS FROM A CREDIT PROGRAM

| STUDENTS NAME | | SOCIAL SECURITY NUMBER |
|---|---|---|

| DATE FORM COMPLETED | 12/21/2010 | DATE OF THE DETERMINATION THAT THE STUDENT WITHDREW |
|---|---|---|
| | | 12/13/2010 |

period used for calculation (check one)  ☐ payment period   ☒ period of enrollment

Monetary amounts should be in dollars and cents (rounded to the nearest penny). Round to three decimal places when calculating percentages. For example,.4486 would be .449, or 44.9%.

**Step 1: Student's Title IV Aid Information**

| | Net Amount Disbursed | Net Amount That Could Have Been Disbursed | | Amount Disbursed | Amount that could have been Disbursed | amount of stipend paid to student |
|---|---|---|---|---|---|---|
| 1. Unsubsidized FFEL/Direct Stafford Loan | $4,240.00 | $784.00 | 5. Pell grant | $5,450.00 | $1,388.00 | $0.00 |
| 2. Subsidized FFEL/Direct Stafford Loan | $3,484.00 | $1,121.00 | 6. FSEOG | $0.00 | $0.00 | $0.00 |
| 3. Perkins Loan | $0.00 | $0.00 | 7. Other Title IV programs* | $0.00 | $0.00 | $0.00 |
| 4. FFEL/Direct PLUS | $0.00 | $0.00 | * Do not include FWS | $0.00 | $0.00 | $0.00 |

A. Total Title IV aid disbursed (NOT aid that could have been disbused) for the payment period
   or period of enrollment                                                                A | $13,174.00

B. Total of Title IV aid disbursed plus the Title IV aid that could have been disbursed for the
   payment period or period of enrollment                                                 B | $16,467.00

**Step 2: Percentage of Title IV Earned**

C. * If school is not required to take attendance and student withdrew notification, enter 50% in Box C and proceed to
   Step 3 OR school may enter a last date of attendance at an academically-related activity for 'withdrawal date' and proceed from there.

| | | | | |
|---|---|---|---|---|
| | | | Total number of calander days entire program | 267 |
| * Withdrawal date | 9/29/2010 | | Total Number of calander day attempted | 178 |
| MENT PERIOD 1 | 4/5/2010  TO  1/6/2011 | | Total number of calander days in payment period 1 | 267 |
| | | | Total number of calander days in payment period 2 | N/A |
| | | | Total number of calander days in payment period 3 | N/A |

* Percentage of payment period or period of enrollment

Determine the calander days completed in the payment period or period of enrollment divided by the total
calander days in the payment period or period of enrollment (exclude schedule breaks of 5 days or more
AND days that the student was on approved leaves of absence).

| 178 | / | 267 | = | 66.7% | OF TERM 1 | C | 100.0% |
|---|---|---|---|---|---|---|---|
| N/A | / | N/A | = | N/A | OF TERM 2 | C | N/A |
| N/A | / | N/A | = | N/A | OF TERM 3 | C | N/A |

If this amount is less than or equal to 60%, enter the amount in Box C. If this amount is greater than 60%
(with or without rounding), enter 100% in Box C.

**STEP 3: Amount of Title IV Aid Earned by the student**

D. Percentage of Title IV aid earned (Box C) x the total of Title IV aid disbursed plus the Title IV aid that could have been
   disbursed for the payment period or period of enrollment (Box B)

| | TERM 1 | 100.0% | x | $16,467.00 | = | D | $16,467.00 |
|---|---|---|---|---|---|---|---|
| | TERM 2 | N/A | x | N/A | = | D | N/A |
| | TERM 3 | N/A | x | N/A | = | D | N/A |
| | | Box C | | Box B | | | |

**Step 4: Total Title IV Aid to be Disbursed or Returned**

If the amount in Box D is greater than the amount in Box A, go to item E. If the amount in Box A is greater than the amount
in Box D, go to item F.       If the amounts in Boxes A and D are equal, STOP. no further action is necessary.

post-withdrawal disbursement.       Subtract Title IV aid disbursed for the payment period or period of enrollment (Box A)
from the amount of Title IV aid earned (Box D). This is the amount of the post-withdrawal disbursement due. Stop here
and go to the post-withdrawal disbursement tracking sheet.

| $16,467.00 | - | $13,174.00 | = | E | $3,293.00 |
|---|---|---|---|---|---|
| Box D | | Box A | | | |

**F: Title IV aid to be returned.** Subtract the amount of Title IV aid earned (Box D) from Title IV aid disbursed for the payment period or period of enrollment (Box A). This is the amount of Title IV aid that must be returned.

|  | $13,174.00 | - | $16,467.00 | = | F | $0.00 |
|--|--|--|--|--|--|--|
|  | Box A |  | Box D | - | stipend | $0.00 |

**STEP 5: Amount of Unearned Title IV Aid Due from the SCHOOL**

G. Institutional charges for the payment period or period of enrollment

| Tuition | $15,637.00 | Other Fees | $425.00 | Other | $0.00 |  |  |
|--|--|--|--|--|--|--|--|
| Registration Fee | $0.00 | Books | $311.00 | Other | $92.00 |  |  |
|  |  |  |  | Total Institutional Charges | | G | $16,465.00 |

H. Percentage of Title IV aid unearned (100%-Box C)

|  | TERM 1 | H | 0.0% |
|--|--|--|--|
|  | TERM 2 | H | N/A |
|  | TERM 3 | H | N/A |

I. Multiply institutional charges for the payment period or period of enrollment (Box G) times the percentage of Title IV aid unearned (Box H).

|  | TERM 1 | $16,465.00 | x | 0.0% | = | I | $0.00 |
|--|--|--|--|--|--|--|--|
|  | TERM 2 | N/A | x | N/A | = | I | N/A |
|  | TERM 3 | N/A | x | N/A | = | I | N/A |
|  |  | Box G |  | Box H |  |  |  |

J. Compare the amount of Title IV aid to be returned (Box F) to Box I and enter the lesser amount.

|  |  |  |  | J | $0.00 |
|--|--|--|--|--|--|
|  |  |  | - | stipend | $0.00 |

**STEP 6: Return of Funds by the SCHOOL**

The school must return the unearned aid for which the school is responsible (Box J) by repaying funds to the following sources, in order, up to the total net amount disbursed from each source.

|  | Amount for School to Return | Award Year |  |  | Amount for School to Return | Award Year |
|--|--|--|--|--|--|--|
| 1. Unsubsidized FFEL/ Direct Stafford Loan | $0.00 |  |  | 5. Pell Grant | $0.00 |  |
| 2. Subsidized FFEL/Direct Stafford Loan | $0.00 |  |  | 6. FSEOG | $0.00 |  |
| 3. Perkins Loan | $0.00 |  |  | 7. Other Title IV programs | $0.00 |  |
| 4. FFEL/Direct PLUS | $0.00 |  |  |  |  |  |

**STEP 7: Initial Amount of Unearned Title IV Aid Due from the STUDENT**

K: Subtract the amount of Title IV aid due from the school (Box J) from the amount of Title IV aid to be returned (Box F)

|  | $0.00 | - | $0.00 | = | K | $0.00 |
|--|--|--|--|--|--|--|
|  | Box F |  | Box J |  |  |  |

**Step 8: Return of Funds by the STUDENT**

The student (or parent for a PLUS loan) must return unearned aid for which the student is respnsible (Box K) by repaying funds to the following sources, in order, up to the total net amount disbursed from each source, after subtracting the amount the school will return. Amounts to be returned to grants reduced by 50%.

|  | Amount for Student to return |  |  | Amount for Student to return |  |  |
|--|--|--|--|--|--|--|
| 1. Unsubsidized FFEL/ Direct Stafford Loan* | $0.00 | 5. Pell Grant | $0.00 | x 50% | $0.00 |
| 2. Subsidized FFEL/Direct Stafford Loan * | $0.00 | 6. FSEOG | $0.00 | x 50% | $0.00 |
| 3. Perkins Loan* | $0.00 | 7. Other Title IV programs | $0.00 |  |  |
| 4. FFEL/Direct PLUS* | $0.00 | (X 50% for grant funds) |  |  |  |

*Loan amounts are returned in accordance with the terms of the promissory note. No further action is required other than notification to the holder of the loan of the student's withdrawal date.

Post-Withdrawal Disbursement Tracking Sheet

| STUDENTS NAME | ▓▓▓▓▓▓ | SOCIAL SECURITY NUMBER | ▓▓▓▓▓▓ |
|---|---|---|---|

ount of Post-Withdrawal Disbursement

A. Amount from Box E of "Treatment of Title IV Funds When a STudent Withdrawals" Worksheet    A | $3,293.00
NOTE:  STUDENT DID NOT REACH 3RD MID POINT

**Post-withdrawal Disbursement Credited to student's Account**

B. Total outstanding charges on student's account    B | $0.00

C. Total amount of post-withdrawal disbursement credited to student's account

      * Amount of post-withdrawal disbursement credited for tuition, fees,
        room and board (if student contracts with the institution)    $0.00

      * Amount of post-withdrawal disbursement credited for other
        current charges    +    $0.00

      * Amount of post-withdrawal disbursement credited for minor prior
        year charges    +    $0.00

                                      Total Amount Credited to Account    C | $0.00

D. Student and/or parent authorization to credit account for other current charges or minor prior year charges
   (if necessary) obtained on

E. If a post-withdrawal disbursement of loan funds is credited to account, date of notification to
       student and/or parent

**Post-Withdrawal Disbursement Offered to Student/Parent**

F. Total amount of post-withdrawal disbursement (Box A)- amount of post-withdrawal disbursement credited to
   student's account (Box C) = Total amount to offer to student/parent    F | $0.00

G. Notification sent to student and/or parent on

H  Response received from student/parent on

   Response not received

I.  Amount accepted    I

**Post-withdrawal Disbursement Made From**

| Pell Grant | $0.00 | Unsubsidized FFEL/ Direct Staffod Loan | $0.00 |
|---|---|---|---|
| FSEOG | $0.00 | Subsidized FFEL/Direct Stafford Loan | $0.00 |
| Other Title IV programs (grants) | $0.00 | Perkins Loan | $0.00 |
| | | FFEL/Direct PLUS | $0.00 |
| | | Other Title IV programs (loans) | $0.00 |

|  |  |  |  |
|---|---|---|---|
|  | EGG HARBOR |  | TUITION ONLY | $15,637.00 |
| DATE: |  |  | % TO BE RETAINED | 0.00% |
| STUDENT NAME: |  | X | % TO BE RETAINED | 0.00% |
| SOCIAL SECURITY NUMBER: |  | X | % TO BE RETAINED | 0.00% |
| PROGRAM: | DT-D | X | % TO BE RETAINED | 0.00% |
| START DATE: | 4/5/2010 | X | % TO BE RETAINED | 100.00% |
| NUMBER OF WEEKS IN PROGRAM | 37.5 |  | TUITION TO RETAIN | $15,637.00 |
| NUMBER OF HOURS IN WEEK | 24 | = | REGISTRATION FEE | $0.00 |
|  |  | + | OTHER FEES | $425.00 |
| TOTAL # OF CLOCK HOURS FOR CLASS: | 900 | + | BOOKS, SUPP, EQUIP | $403.00 |
| DATE OF COS: | 12/13/2010 | - | BOOKS NOT ISSUED | $0.00 |
| LAST DAY ATTENDED: | 9/29/2010 | - | UNPAID CHARGES | N/A |
| HOURS PRESENT: | N/A | = | RETAINABLE FUNDS | $16,465.00 |
| HOURS SCHEDULED: | 600 |  | TOTAL PD TO INST COSTS | $13,174.00 |
|  |  |  | RETAINABLE FUNDS | $16,465.00 |
| TOTAL TUITION ONLY | $15,637.00 | = | REFUND DUE | ($3,291.00) |

| | | |
|---|---|---|
| REGISTRATION FEE | + | $0.00 |
| OTHER FEES | + | $425.00 |
| BOOKS, SUPPLIES, EQUIPMENT | + | $403.00 |
| TOTAL INSTITUTIONAL COSTS | = | $16,465.00 |
| TOTAL AID PAID TO | PELL - | $5,450.00 |
| INSTITUTIONAL COSTS | STAFFORD SUB. - | $3,484.00 |
|  | STAFFORD UNSUB. - | $4,240.00 |
|  | SEOG | $0.00 |
|  | SEOG SCHOOL MATCH - | $0.00 |
| STUDUNT SCHEDULED CASH PAYMENTS | - | $3,291.00 |
| STUDENT CASH PD TO EDUC. EXPENSES | - | $0.00 |
| UNPAID CHARGES | = | $3,291.00 |

* IF REFUND DUE IS A NEGATIVE NUMBER-
SEND REFUND CALCULATION, FINANCE CARD
& CHANGE OF STATUS TO CORPORATE

|  | EARNED FUNDS | UNEARNED FUNDS | TOTAL OF ALL FUNDS | AWARD YEAR OF FUNDS |
|---|---|---|---|---|
| UNSUB | $0.00 | $0.00 | $0.00 |  |
| STAFFORD | $0.00 | $0.00 | $0.00 |  |
| PLUS | $0.00 | $0.00 | $0.00 |  |
| PELL | $0.00 | $0.00 | $0.00 |  |
| SEOG | $0.00 | $0.00 | $0.00 |  |
| OTHER | $0.00 | $0.00 | $0.00 |  |
| TOTAL | $0.00 | $0.00 | $0.00 |  |

* DO NOT INCLUDE UNEARNED FUNDS IN THIS FIGURE

| | | |
|---|---|---|
| AMOUNT OF UNEARNED FUNDS | PELL | $0.00 |
| AMOUNT OF UNEARNED FUNDS | STAFFORD | $0.00 |
| AMOUNT OF UNEARNED FUNDS | UNSUB | $0.00 |
| AMOUNT OF UNEARNED FUNDS | PLUS | $0.00 |
| AMOUNT OF UNEARNED FUNDS | SEOG | $0.00 |

| NAME OF BANK TO REFUND | |
|---|---|
| SUB/UNSUB/PLUS | |
| OTHER BANKS | |

| | |
|---|---|
| TOTAL TUITION AND FEES: | $16,465.00 |
| LESS TOTAL EDUC. CHARGES: | $16,465.00 |
| EQUALS UNEARNED TUITION AND FEES: | $0.00 |

# PROGRESS REPORT

**NAME:** _____

**ADDRESS:** _____

_____ **PHONE:** _____

**START DATE:** 4/5/2010 _____   **BEGINNING MODULE:** I

## CURRICULUM: DIALYSIS TECHNICIAN
### 40 CREDITS 900 CLOCK HOURS

| | CREDITS | CLOCK HOURS | MODULE GRADE | DATE RECEIVED | CUM. G.P.A. | STUDENT VERIFIED |
|---|---|---|---|---|---|---|
| **MODULE I** | | | | | | |
| DIA901 - Introduction to Dialysis and Renal Disease | 7.00 | 120 | 93 | 5/6/2010 | 93 | TLS |
| **MODULE II** | | | | | | |
| DIA902 - Patient Care and Clinical Fundamentals | 6.00 | 120 | 95 | 6/14/2010 | 94 | TLS |
| **MODULE III** | | | | | | |
| DIA903 - Psycho-Social Aspects, Nutrition and Pharmacology | 7.70 | 120 | 97 | 7/20/2010 | 96 | TLS |
| **MODULE IV** | | | | | | |
| DIA904 - Hemodialysis Technology I | 8.00 | 120 | _____ | 8/24/2010 | _____ | _____ |
| **MODULE V** | | | | | | |
| DIA905 - Hemodialysis Technology II | 4.70 | 120 | _____ | 9/29/2010 | _____ | _____ |
| **MODULE VI** | | | | | | |
| DIA-EXT - Externship I | 2.67 | 120 | _____ | _____ | _____ | _____ |
| DIA-EXT - Externship II | 2.00 | 90 | _____ | _____ | _____ | _____ |
| DIA-EXT - Externship III | 2.00 | 90 | _____ | _____ | _____ | _____ |

**Final Cumulative Grade:** _____   **Date:** _____

**Instructor Signature:** _____   **Date:** _____



## STAR CAREER ACADEMY
### NEW JERSEY ENROLLMENT AGREEMENT

NAME ▮▮▮▮▮▮▮▮▮▮▮   PROGRAM Dialysis Technician   TOT. HRS. 900   TOT. CR. 40

START DATE 4-5-10   LAST DATE IN CLASS 9-29-10   ESTIMATED GRAD DATE 5-20-11

HRS. CLASSROOM 600   # HRS. EXTERN 300   # HRS. PER WEEK 24

TOTAL WEEKS IN PROGRAM 37.5   DAILY SCHEDULE M-Th 8-2   10

**WHICH LOCATION:**

❑ Brick, 150 Brick Boulevard, Brick, NJ 08723
Phone: (732) 901-9710 • Fax: (732) 901-0824
Branch Location of Star Career Academy of New York, Ph: (212) 675-6655

☑ Egg Harbor, 3003 English Creek Ave., Unit 212, Egg Harbor Township, NJ 08234
Phone: (609) 407-2999 • Fax: (609) 646-9472
Branch Location of Star Career Academy of New York, Ph: (212) 675-6655

❑ Clifton, 1231 Main Avenue, Clifton, NJ 07011
Ph: (973) 928-1700 • Fax: (973) 928-1701
Satellite Location of Star Career Academy-Newark, NJ, Ph: (973) 639-0789

❑ Newark, 550 Broad St. Third Floor, Newark, NJ 07102
Ph: (973) 639-0789 • Fax: (973) 639-0795
Branch Location of Star Career Academy of Long Island, Ph: (516) 364-4344

❑ Other: _____

NOTE: THE ACTUAL GRADUATION DATE IS BASED UPON SATISFACTORY COMPLETION OF EXTERNSHIP, IF APPLICABLE, AS DEFINED IN THE SCHOOL CATALOG. EXTERNSHIPS OFTEN REQUIRE DAYTIME PARTICIPATION. STAR CAREER ACADEMY'S CREDITS ARE NOT GUARANTEED TRANSFERABLE TO OTHER COLLEGES.

In consideration of STAR CAREER ACADEMY providing the course of instruction described above, and subject to the provisions noted in this agreement, I promise to pay STAR CAREER ACADEMY a total of $ 16,465 . This includes the following:

$ 15,637   Payment Period 1 $_____ Payment Period 2 $_____ Payment Period 3 $_____ Payment Period 4

$_____   Registration/Application Fee

$ 425   Student Service Fees

$ 711   Books

$ 92   Supplies/Equipment

I HAVE READ THIS AGREEMENT FULLY, AND UNDERSTAND ITS CONTENTS CLEARLY. I AGREE THAT THIS AGREEMENT AND ANY ADDENDA ATTACHED HERETO CONTAINS THE COMPLETE UNDERSTANDING BETWEEN STAR CAREER ACADEMY AND MYSELF, AND IS NOT TO BE VARIED BY ANY VERBAL AGREEMENTS. I CERTIFY THAT I HAVE RECEIVED A COPY OF THIS AGREEMENT, AND I UNDERSTAND THAT THIS AGREEMENT IS NOT BINDING UNTIL 3 BUSINESS DAYS AFTER SIGNING BY BOTH PARTIES.

Accepted and Approved by: _____   Date: 3-9-10

I acknowledge that I have been given a written confirmation of my acceptance for enrollment. I certify that I have been given and read a copy of the school catalog.

Applicant Signature: ▮▮▮▮▮▮▮▮   SS# ▮▮▮▮▮▮▮   Date: 3-9-10

Address: ▮▮▮▮▮▮▮▮

City: ▮▮▮   State: ▮▮   Zip: ▮   Phone: ▮▮▮▮▮▮

Parent or Guardian Signature: _____   Date: _____

### RETAIL INSTALLMENT CONTRACT/CONSUMER NOTE

I agree the enrollment agreement attached here in constitutes the entire offer I am entitled to receive from STAR CAREER ACADEMY. For this, I promise to pay STAR CAREER ACADEMY the amount listed as CASH PRICE under the ITEMIZATION OF AMOUNT FINANCED. I understand that the estimated Student Loans and the Pell Grant listed below are based upon my having provided true and accurate information on my Federal Application for Financial Aid and that these awards are subject to change based upon changes in the federal regulations of the family income. Students approved for private financing by the school must complete the RETAIL INSTALLMENT CONTRACT. If student fails to pay any balance when due, the entire unpaid balance plus attorney's fees and collection costs shall, at STAR CAREER ACADEMY'S election, become immediately due and payable. This transaction is unsecured and I understand that a registration fee has been added to the tuition charges. You have the right to pay the unpaid balance at any time and there is no penalty for early payment and will be entitled to a partial refund of the finance charge as per Rule 78.

This order is subject to acceptance by the corporate headquarters of STAR CAREER ACADEMY, 175 Cross Keys Road, Suite 101A, Berlin, NJ 08009. This contract constitutes the full agreement between Buyer and Seller and no verbal changes shall be valid. The reverse side of this agreement contains other terms and conditions. It is specifically understood that any provision of this contract which may be contrary to state law shall not void this entire agreement. In the event I institute any lawsuits against STAR CAREER ACADEMY and lose that suit, I agree to pay STAR CAREER ACADEMY the attorney's fees and costs it incurs in defending that action. The administration of this school is able to address all student matters. In the event a student requires further assistance, student can contact the corporate headquarters at the address above.

| RETAIL INSTALLMENT | ITEMIZATION OF AMOUNT FINANCED |
|---|---|
| PROMISE TO PAY: To repay my contract, I promise to pay the number of payments below and __ )nt of monthly installments starting on the due date shown below at your address, or if it's assigned, then only to the address of any "Holder of this Contract" to whom it may be assigned, and understand that the contract may be assigned to a third party for collection or sale. This contract is subject to the terms and condition contained herein and any provisions and conditions in any agreement between buyer and seller. | A. Cash Price ........................................ $ 16,465 |
| | B. Less Down Payment ........................ $ / |
| | C. Less PELL Grant - AY 09/10 ............. $ — |
| | D. Less PELL Grant - AY 10/11 ............. $ 2035 |
| | E. Less PELL Grant - AY ____ ............... $ — |
| CREDIT HISTORY AND USE OF ACCOUNT INFORMATION: I give the right to investigate my credit reporting capacity and credit history and to furnish information concerning myself and this contract to credit agencies and to all others who may lawfully receive such information for their own lawful use. | F. Less Student Loan (Sub) ................... $ — |
| | G. Less Student Loan (Sub) Soph .......... $ — |

In consideration of STAR CAREER ACADEMY providing the course of instruction described above, and subject to the provisions noted in this agreement, I promise to pay STAR CAREER ACADEMY a total of $ 16,165 . This includes the following:

$ 15,635     Payment Period 1 $_____     Payment Period 2 $_____     Payment Period 3 $_____     Payment Period 4

$_____     Registration/Application Fee

$ 425     Student Service Fees

$ 711     Books

$ 92     Supplies/Equipment

I HAVE READ THIS AGREEMENT FULLY, AND UNDERSTAND ITS CONTENTS CLEARLY. I AGREE THAT THIS AGREEMENT AND ANY ADDENDA ATTACHED HERETO CONTAINS THE COMPLETE UNDERSTANDING BETWEEN STAR CAREER ACADEMY AND MYSELF, AND IS NOT TO BE VARIED BY ANY VERBAL AGREEMENTS. I CERTIFY THAT I HAVE RECEIVED A COPY OF THIS AGREEMENT, AND I UNDERSTAND THAT THIS AGREEMENT IS NOT BINDING UNTIL 3 BUSINESS DAYS AFTER SIGNING BY BOTH PARTIES.

Accepted and Approved by: _____     Date: 3-9-10

I acknowledge that I have been given a written confirmation of my acceptance for enrollment. I certify that I have been given and read a copy of the school catalog.

Applicant Signature: ███████████     SS# ███████████     Date: 3-9-10

Address: ███████████

City: ███████████     State: ████     Zip ████ Phone: ███████████

Parent or Guardian Signature: _____     Date: _____

## RETAIL INSTALLMENT CONTRACT/CONSUMER NOTE

I agree the enrollment agreement attached here in constitutes the entire offer I am entitled to receive from STAR CAREER ACADEMY. For this, I promise to pay STAR CAREER ACADEMY the amount listed as CASH PRICE under the ITEMIZATION OF AMOUNT FINANCED. I understand that the estimated Student Loans and the Pell Grant listed below are based upon my having provided true and accurate information on my Federal Application for Financial Aid and that these awards are subject to change based upon changes in the federal regulations of the family income. Students approved for private financing by the school must complete the RETAIL INSTALLMENT CONTRACT. If student fails to pay any balance when due, the entire unpaid balance plus attorney's fees and collection costs shall, at STAR CAREER ACADEMY'S election, become immediately due and payable. This transaction is unsecured and I understand that a registration fee has been added to the tuition charges. You have the right to pay the unpaid balance at any time and there is no penalty for early payment and will be entitled to a partial refund of the finance charge as per Rule 78.

This order is subject to acceptance by the corporate headquarters of STAR CAREER ACADEMY, 175 Cross Keys Road, Suite 101A, Berlin, NJ 08009. This contract constitutes the full agreement between Buyer and Seller and no verbal changes shall be valid. The reverse side of this agreement contains other terms and conditions. It is specifically understood that any provision of this contract which may be contrary to state law shall not void this entire agreement. In the event I institute any lawsuits against STAR CAREER ACADEMY and lose that suit, I agree to pay STAR CAREER ACADEMY the attorney's fees and costs it incurs in defending that action. The administration of this school is able to address all student matters. In the event a student requires further assistance, student can contact the corporate headquarters at the address above.

### RETAIL INSTALLMENT

PROMISE TO PAY: To repay my contract, I promise to pay the number of payments below and amount of monthly installments starting on the due date shown below at your address, or if it's assigned, then only to the address of any "Holder of this Contract" to whom it may be assigned, and understand that the contract may be assigned to a third party for collection or sale. This contract is subject to the terms and condition contained herein and any provisions and conditions in any agreement between buyer and seller.

CREDIT HISTORY AND USE OF ACCOUNT INFORMATION: I give the right to investigate my credit reporting capacity and credit history and to furnish information concerning myself and this contract to credit agencies and to all others who may lawfully receive such information for their own lawful use.

GUARANTEE: Anyone signing this contract as co-borrower will be responsible for all amount due if the Buyer defaults on the terms of this contract.

### PRIVATE PAYMENT PLAN:

Balance Due/Amount Financed: $ _____     Down Payment: $ _____

Down Payment Due Date: _____

Date of first Payment: _____

Total of all payments is equal to amount financed.

Note: There is no interest charged for financing of private payments.

Itemization of amount financed:

| Number of Payments | Amount of Payments | One Final Payment |
|---|---|---|
| | | |

### ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| A. Cash Price | $ | 16,465 |
| B. Less Down Payment | $ | 1 |
| C. Less PELL Grant - AY 09/10 | $ | 1 |
| D. Less PELL Grant - AY 10/11 | $ | 2025 |
| E. Less PELL Grant - AY | $ | 1 |
| F. Less Student Loan (Sub) | $ | 1 |
| G. Less Student Loan (Sub) Soph | $ | 1 |
| H. Less Student Loan (Unsub/Plus) | $ | 1 |
| I. Less Student Loan (Unsub/Plus) Soph | $ | 1 |
| J. Less Outside Agency | $ | 4828 |
| K. Less (Other) Scholarship | $ | 9612 |
| Balance Due | $ | 0 |

* Complete RETAIL INSTALLMENT section of balance is due.

I acknowledge that the itemization of amount financed and any private payment plan has been explained to me.

███████████
Student Signature

_____
Co-Borrower Signature

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION CONCERNING REFUND POLICY AND OTHER IMPORTANT PROVISIONS.

WHITE – Student File     CANARY – Accounting     PINK – Financial Aid     GOLD – Student Copy

NOTICE:  See reverse side for additional terms of contract.

# Atlantic Cape May One Stop Career Center

2 South Main Street, Suite 3 - Pleasantville, NJ 08232 - (609) 485-0052 - Fax (609) 485-0067

CONTRACT NUMBER: **5775CM**

**Vendor Name:** Star Career Academy

**Course Name:** Dialysis Technician

**Start - End Dates:** 4/2/2010 to 9/29/2010(LDIC) 5/23/2011(RGD)

**Employment Specialist:** Margaret Hemlock

**Participant:**

**Participant's Home Address:**

| DAY | DATE | Time In | Time Out | # of Hrs. |
|---|---|---|---|---|
| MONDAY | 9/27 | 8 | 2 | 6 |
| TUESDAY | 9/28 | 8 | 2 | 6 |
| WEDNESDAY | 9/29 | 8 | 2 | 6 |
| THURSDAY | 9/30 | | | |
| FRIDAY | no class | | | |
| MONDAY | 10/4 | | | |
| TUESDAY | 10/5 | | | |
| WEDNESDAY | 10/6 | | | |
| THURSDAY | 10/7 | | | |
| FRIDAY | no class | | | |

TOTAL HOURS: 18

OTHER COMMENTS: Last day in class 9-29-2010
Student will continue on to (300 hours) internship

I CERTIFY THAT THE ABOVE ENTRIES COMPLETELY & ACCURATELY REFLECT DATES & HOURS FOR THE PERIOD ABOVE.

_Vendor Signature_ CHT

_Participant Signature_

> **TOTAL NUMBER OF HOURS MUST NOT INCLUDE LUNCH OR BREAKS OF ANY KIND**

Fax this completed form to: (609) 485-0067

## STAR CAREER ACADEMY
### NEW JERSEY ENROLLMENT AGREEMENT

NAME_____ PROGRAM _____ TOT. HRS. _____ TOT. CR. _____

START DATE _____ LAST DATE IN CLASS _____ ESTIMATED GRAD DATE _____

# HRS. CLASSROOM _____ # HRS. EXTERN _____ # HRS. PER WEEK _____

TOTAL WEEKS IN PROGRAM _____ DAILY SCHEDULE _____

WHICH LOCATION:

☐ Brick, 150 Brick Boulevard, Brick, NJ 08723
   Phone: (732) 901-9710 • Fax: (732) 901-0824
   Branch Location of Star Career Academy of New York, Ph: (212) 675-6655

☐ Egg Harbor, 3003 English Creek Ave., Unit 212, Egg Harbor Township, NJ 08234
   Phone: (609) 407-2999 • Fax: (609) 646-9472
   Branch Location of Star Career Academy of New York, Ph: (212) 675-6655

☐ Clifton, 1231 Main Avenue, Clifton, NJ 07011
   Ph: (973) 928-1700 • Fax: (973) 928-1701
   Satellite Location of Star Career Academy-Newark, NJ, Ph: (973) 639-0789

☐ Newark, 550 Broad St. Third Floor, Newark, NJ 07102
   Ph: (973) 639-0789 • Fax: (973) 639-0795
   Branch Location of Star Career Academy of Long Island, Ph: (516) 364-4344

☐ Other: _____

NOTE:  THE ACTUAL GRADUATION DATE IS BASED UPON SATISFACTORY COMPLETION OF EXTERNSHIP, IF APPLICABLE, AS DEFINED IN THE SCHOOL CATALOG. EXTERNSHIPS OFTEN REQUIRE DAYTIME PARTICIPATION. STAR CAREER ACADEMY'S CREDITS ARE NOT GUARANTEED TRANSFERABLE TO OTHER COLLEGES.

In consideration of STAR CAREER ACADEMY providing the course of instruction described above, and subject to the provisions noted in this agreement, I promise to pay STAR CAREER ACADEMY a total of $_____. This includes the following:

$_____ Payment Period 1 $_____ Payment Period 2 $_____ Payment Period 3 $_____ Payment Period 4

$_____ Registration/Application Fee

$_____ Student Service Fees

$_____ Books

$_____ Supplies/Equipment

I HAVE READ THIS AGREEMENT FULLY AND UNDERSTAND ITS CONTENTS CLEARLY. I AGREE THAT THIS AGREEMENT AND ANY ADDENDA ATTACHED HERETO CONTAINS THE COMPLETE UNDERSTANDING BETWEEN STAR CAREER ACADEMY AND MYSELF, AND IS NOT TO BE VARIED BY ANY VERBAL AGREEMENTS. I CERTIFY THAT I HAVE RECEIVED A COPY OF THIS AGREEMENT, AND I UNDERSTAND THAT THIS AGREEMENT IS NOT BINDING UNTIL 3 BUSINESS DAYS AFTER SIGNING BY BOTH PARTIES.

Accepted and Approved by: _____ Date: _____

I acknowledge that I have been given a written confirmation of my acceptance for enrollment. I certify that I have been given and read a copy of the school catalog.

Applicant Signature: _____ SS#_____ Date:_____

Address: _____

City: _____ State: _____ Zip: _____ Phone: _____

Parent or Guardian Signature: _____ Date: _____

### RETAIL INSTALLMENT CONTRACT/CONSUMER NOTE

   I agree the enrollment agreement attached here in constitutes the entire offer I am entitled to receive from STAR CAREER ACADEMY. For this, I promise to pay STAR CAREER ACADEMY the amount listed as CASH PRICE under the ITEMIZATION OF AMOUNT FINANCED. I understand that the estimated Student Loans and the Pell Grant listed below are based upon my having provided true and accurate information on my Federal Application for Financial Aid and that these awards are subject to change based upon changes in the federal regulations of the family income. Students approved for private financing by the school must complete the RETAIL INSTALLMENT CONTRACT. If student fails to pay any balance when due, the entire unpaid balance plus attorney's fees and collection costs shall, at STAR CAREER ACADEMY'S election, become immediately due and payable. This transaction is unsecured and I understand that a registration fee has been added to the tuition charges. You have the right to pay the unpaid balance at any time and there is no penalty for early payment and will be entitled to a partial refund of the finance charge as per Rule 78.

   This order is subject to acceptance by the corporate headquarters of STAR CAREER ACADEMY, 175 Cross Keys Road, Suite 105 , Berlin, NJ 08009. This contract constitutes the full agreement between Buyer and Seller and no verbal changes shall be valid. The reverse side of this agreement contains other terms and conditions. It is specifically understood that any provision of this contract which may be contrary to state law shall not void this entire agreement. In the event I institute any lawsuits against STAR CAREER ACADEMY and lose that suit, I agree to pay STAR CAREER ACADEMY the attorney's fees and costs it incurs in defending that suit. The administration of this school is able to address all student matters. In the event a student requires further assistance, student can contact the corporate headquarters at the address above.

## RETAIL INSTALLMENT

**PROMISE TO PAY:** To repay my contract, I promise to pay the number of payments below and __ t of monthly installments starting on the due date shown below at your address, or if it's assigned, then only to the address of any "Holder of this Contract" to whom it may be assigned, and understand that the contract may be assigned to a third party for collection or sale. This contract is subject to the terms and condition contained herein and any provisions and conditions in any agreement between buyer and seller.

**CREDIT HISTORY AND USE OF ACCOUNT INFORMATION:** I give the right to investigate my credit reporting capacity and credit history and to furnish information concerning myself and this contract to credit agencies and to all others who may lawfully receive such information for their own lawful use.

**GUARANTEE:** Anyone signing this contract as co-borrower will be responsible for all amount due if the Buyer defaults on the terms of this contract.

**PRIVATE PAYMENT PLAN:**

Balance Due/Amount Financed: $ _____   Down Payment: $ _____

Down Payment Due Date: _____

Date of first Payment: _____

Total of all payments is equal to amount financed.

Note: There is no interest charged for financing of private payments.

Itemization of amount financed:

| __ imber of Payments | Amount of Payments | One Final Payment |
|---|---|---|
|  |  |  |

---

## ITEMIZATION OF AMOUNT FINANCED

A. Cash Price ............................................... $ _____

B. Less Down Payment .............................. $ _____

C. Less PELL Grant - AY ____ ................... $ _____

D. Less PELL Grant - AY ____ ................... $ _____

E. Less PELL Grant - AY ____ ................... $ _____

F. Less Student Loan (Sub) ....................... $ _____

G. Less Student Loan (Sub) Soph .............. $ _____

H. Less Student Loan (Unsub/Plus) ............ $ _____

I. Less Student Loan (Unsub/Plus) Soph ..... $ _____

J. Less Outside Agency ............................. $ _____

K. Less (Other) .......................................... $ _____

Balance Due .............................................. $ _____

\* Complete RETAIL INSTALLMENT section of balance is due.

**I acknowledge that the itemization of amount financed and any private payment plan has been explained to me.**

_____
Student Signature

_____
Co-Borrower Signature

---

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION CONCERNING REFUND POLICY AND OTHER IMPORTANT PROVISIONS.

WHITE – Student File        CANARY – Accounting        PINK – Financial Aid        GOLD – Student Copy

__verse side for additional terms of contract.

Page 1 of 2
SCANJ-1 (01/11)

## PROVISIONS OF THIS AGREEMENT

The applicant (1) agrees to abide by STAR CAREER ACADEMY (hereinafter referred to as SCA) regulations during his/her period of attendance; *SCA has the right to cancel/terminate the student's enrollment based on the following circumstances: 1) failure to maintain Satisfactory Academic Progress; and 2) Student Conduct that is detrimental to the student and/or school (Note: These points are discussed in detail within the school's Official School Catalogue). (2) understands that nonpayment of tuition, failing grades, or unsatisfactory conduct, may result in immediate dismissal; (3) agrees to make tuition payments as specified in this agreement with the understanding that absence from regularly scheduled class does not relieve him/her of this liability; and (4) agrees that if for any reason he/she cannot continue his/her course of study, he/she will discuss the matter with an official of SCA prior to termination. If a student cancels or withdraws from classes, such notice must be given to the address noted on the reverse side by certified mail. (5) SCA is not extending an offer of employment as a condition for the student applying for and receiving financial aid. (6) The applicant agrees that the financial, rights and duties under this agreement may be sold or assigned by SCA to a third party without notice to the applicant at any time, and acknowledges that, upon approval, it may be immediately assigned.

STAR CAREER ACADEMY agrees to: (1) provide its facilities, staff, equipment and expertise to complete training in the course of study; (2) provide consultation services during and after the training period, and (3) assist students and alumni in initial job placement (though PLACEMENT CANNOT BE GUARANTEED). Upon satisfactory completion of the program, STAR CAREER ACADEMY will award a DIPLOMA in recognition of this achievement. A minimum final grade of 70% is required for graduation (see school catalog) and all financial obligations must be settled and meet job search requirements. STAR CAREER ACADEMY reserves the right to revise course outlines, textbooks and/or change instructors, and to make such other changes as the school deems advisable. Changes in tuition, fees and other charges shall require a 60-day advance notice.

## CANCELLATION OF ENROLLMENT

The application/registration fee is fully refundable if the student requests cancellation within five (5) calendar days after signing the enrollment agreement or application if no classes have been attended. A request for cancellation shall be confirmed in writing by the student within ten (10) calendar days of signing the agreement or application. A student canceling after the fifth calendar day following the date of enrollment, but prior to the beginning of classes, shall be refunded all monies paid except the application/registration fee of $100.00. An applicant rejected by the school shall be entitled to a refund of all monies paid. Students who have not visited the school facility prior to enrollment will have the opportunity to withdraw without penalty within three (3) days following either attendance at a regularly scheduled orientation or following a tour of the school facility and inspection of equipment.

## RETURN OF TITLE IV

Students will have their Title IV Federal Funds returned based upon a proportional calculation (return of funds) through the final 60% of the period charged. If a student has completed more than 60% of the period charged, there will not be any funds returned. At this point, the student has earned 100% of his or her Title IV eligibility. Tuition will be charged by period of enrollment rather than payment period for these students.

The school will determine the withdrawal date and then determine the percent of the period of enrollment attended by the student. The amount of the Title IV aid earned will be determined by multiplying total aid disbursed or eligible to be disbursed by the percentage of time attended. The amount of Title IV funds earned will then be compared to the amount received or eligible to be received. If the amount earned is greater than or equal to the amount disbursed, no return of funds is due. If the amount earned is greater than the amount disbursed, a post-withdrawal disbursement must be made if the student is eligible. If the amount earned is less than the amount disbursed, unearned funds will have to be returned to the appropriate Title IV program(s). All unearned funds will be returned within 45 days from the date the school determined the student has withdrawn. Once the appropriate refunds have been made according to the Federal return of funds policy, the institution will then calculate the amount of tuition earned using the appropriate state policy.

## NEW JERSEY REFUND POLICY/CANCELLATION

All advance payments will be refunded in full if: 1) the applicant is not accepted by the school, or 2) the applicant cancels in writing within three (3) business days after signing by both parties, even if instruction has begun during the three (3) day period. If cancellation occurs beyond the three (3) days after signing of the enrollment agreement but before beginning of classes, the $100.00 registration fee will be retained. Tuition will be calculated as of the last day of attendance. Students who have not visited the school facility prior to enrollment will have the opportunity to withdraw without penalty within three (3) days following either attendance at a regularly scheduled orientation or following a tour of the school facility and inspection of equipment. After commencement of classes, for programs 300 hours in length but not exceeding 1200 hours, the school may retain the registration fee, student services fee and cost for all books and supplies received by the student plus:

Full-Time Students (24 hours or more per week)

a) 10% of the total tuition if withdrawal occurs in the first week; b) 20% of the total tuition if withdrawal occurs in the 2nd or 3rd week of the program; c) 45% of the total tuition if withdrawal occurs after the third week but prior to the completion of 25% of the program; d) 70% of the total tuition if withdrawal occurs after 25% of the program but within 50% of the program; e) 100% if withdrawal occurs after completing 50% of the program.

Part-Time Students (less than 24 hours per week)

a) 10% of the total tuition if withdrawal occurs within the first 25 hours of scheduled attendance; b) 20% of the total tuition if withdrawal occurs between 26 and 75 hours of scheduled attendance; c) 45% of the total tuition if withdrawal occurs after 75 hours but within 25% of the program; d) 70% of the total tuition if withdrawal occurs after 25% of the program but within 50% of the program; e) 100% if withdrawal occurs after completing 50% of the program.

In special cases, such as the death of the student, which make it impractical to complete the training, the school shall make a settlement which is fair and reasonable to both parties.

SPECIAL CASES: Such as the death of the student, which makes it impractical to complete the training, the school shall make a settlement which is fair and reasonable to both parties.

When a student fails to attend school for a significant test, a special letter (Letter of Withdraw) is sent advising the student they are being dropped for the program. Unless the student returns or makes contact with the school immediately, the student will be considered a withdraw as of the date of the letter.

## PRIORITY OF REFUNDS

In the event the school has received an excess of funds on the student's account, the school will give priority to refunds as follows: 1) Unsubsidized Federal Stafford Loan; 2) Subsidized Federal Stafford Loan; 3) Unsubsidized Federal Direct Loan; 4) Subsidized Federal Direct Loan; 5) Federal Plus Loan; 6) Direct Plus Loan; 7) Federal Pell Grant; 8) Other Federal, State, private or institutional sources of aid; 9) the student.

The student will be billed if a balance is due to the school after the refunds have been calculated. Any remaining balances are due and payable in full immediately and are subject to 1½% interest per month on the unpaid balance, plus attorney's fees and collection costs. Please note: Examples of refund calculations are available in the Financial Aid Office.

## NOTICE OF CANCELLATION

This agreement/obligation will not become binding upon Purchaser released from the date this agreement is signed by both parties. If you cancel, any property traded in, any payments made by you under the contract or sale, and any negotiable instrument executed by you will be returned within ten business days following receipt by the seller of your cancellation notice, and any security interest arising out of the transaction will be cancelled. To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice or any other written notice to STAR CAREER ACADEMY, 114 Cross Keys Road, Suite 105, Berlin, NJ 08009 within 3 business days of the date of this contract.

## NOTICE

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF, RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance programs; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with the law concerning this creditor is the Federal Trade Commission, Washington, DC 20580.

It is the intention of Maker and Payee to conform strictly to applicable usury laws. Accordingly, if the transactions contemplated hereby would be usurious under applicable law (including the laws of the State of New Jersey and the laws of the United States of America), then, in that event, notwithstanding anything of the contrary in any agreement entered into in connection with, it is agreed as follows: (i) the aggregate of all consideration which constitutes interest under applicable law that is contracted for, charged or received under this note or under any of the other aforesaid agreements or otherwise in connection with this note shall under no circumstances exceed the maximum amount of interest allowed by applicable law, and any excess shall be credited on the note by the holder thereof (or, if this note shall have been paid in full, refunded to the Maker); and (ii) in the event that maturity of this note is accelerated by reason of an election by the holder thereof resulting from any default hereunder or otherwise, or in the event of any required or permitted prepayment, then such consideration that constitutes interest may never include more than the maximum amount allowed by applicable law, and excess interest, if any, provided for in this note or otherwise shall be cancelled automatically as of the date of such acceleration or prepayment and, if theretofore prepaid, shall be credited on this note (or, if this note shall have been paid in full, refunded to the Maker).

NOTICE: See reverse side for additional terms of contract.



# Rules and Regulations Notification

## Drug Prevention Certification

I hereby acknowledge that I have been given a copy of the Drug Free Schools and Campus Act policy of Star Career Academy. This policy is to be observed by all faculty, staff and students.

I recognize the legal, social and health consequences of drug and alcohol abuse. I agree to adhere to this policy and I understand that disciplinary sanctions will be imposed on anyone violating this policy including, but not limited to:

1. Disciplinary Probation — specific period of time during which the student, faculty member or staff person is observed for additional violations. This action shall be in writing and shall advise the individual of possible suspension or dismissal for future misconduct.
2. Suspension — Temporary dismissal from class or duties for a specific period of time. This action will be put in writing advising the individual of possible expulsion or termination for future misconduct. Conditions for terminating the suspension period and the appeal process will be stated in the written order of suspension.
3. Expulsion/Termination — Dismissal from class or duties. Conditions of dismissal and appeal will be stated in writing.
4. Criminal Sanctions — May be imposed by the local, state or federal law enforcement agencies.

The above information is presented as guidelines for educational purposes but are not binding. Actual penalties and sanctions imposed will be determined by the facts relating to each incident. The School Director has additional information on drug and alcohol counseling treatment and rehabilitation programs.

_____ Initial

## Anti-Drug Abuse act Certification

I certify that as a condition of my PELL grant; I will not engage in the unlawful manufacture, distribution, dispensation, possession or use of a controlled substance during the period covered by my PELL Grant (PELL Grant Only).

Warning: To receive Title IV Financial Aid, you must complete the Statement of Educational Purposes/Certification Statement of Refunds and Defaults/Anti-Drug Abuse Act Certification, and you must register with Selective Service, if you are required to register. If you purposely give false or misleading information, you may be subject to a fine, imprisonment, or both.

Samples of Refund calculations are available for your review in the Financial Aid Office.

_____ Initial

## Initial/Annual Notification to Student Family Educational Rights and Privacy Act

To All Students:

Records are maintained by the school with respect to your application, enrollment, attendance/participation, tuition/educational expenses and financial aid, including grades, payment records, attendance records, disciplinary and placement records. You have the right to inspect and review your educational records upon reasonable advance notice to school upon request to the School Director. A student desiring to review his/her records should submit a written request to the School Director, which identifies as precisely as possible the record, or records he/she wishes to inspect. If you want to know more about the procedures governing your review of the records, you may obtain a copy of our complete Policy and Procedures from the school director.

If, after reviewing your records, you find that they contain errors or are inaccurate or misleading, you may request that the record be amended. If the school does not agree with your position, you may request that a hearing be held.

If you believe that the school has not followed the Federal rules under the Family Educational Rights and Privacy Act, you may write to the United States Department of Education.

Generally, we will not release any information about you to outside individuals, unless we have first received your permission, or were required to provide the information under State or Federal laws or to auditors, researchers, etc. However, it is considered that certain information does not violate your rights of privacy, and therefore, the school is permitted to release this information routinely, unless you specifically request otherwise from the school, by providing a written notice to the school. At this school, this general information is considered to be your name, address, telephone number, date and place of birth, program of study, participation in recognized activities, dates of attendance, academic progress report, certificates or degrees obtained and the last institution attended.

I have been notified of my rights with respect to my educational records.

_____ Initial

## Rules and Regulations of Externship

All externships are a condition of the curriculum, designed to give all students practical training experience. This program evaluates each student in all areas of professional performance. All students are subject to the rules and regulations of Star Career Academy as well as the rules of the externship program or EMS Division.

1. Proper attire is required during externship.
2. All externship hours will be assigned and completed within the maximum time frame allowed by law, which is 150% of normal time for completion of this program.
3. Externship hours are arranged according to the hours of the extern sites, this may require starting at 6:00 am. Students are responsible for adjusting their schedules to the availability of externship hours. Most sites require daytime schedules. Evening students should be prepared to accommodate daytime site hours. Once hours are set, you may not deviate from them. Externships will not provide all areas of training with hands on experience.
4. Students are required to remain on assigned externship site. Trading or leaving externship site is not permitted.
5. Repeat problems on an externship in any area or performance will result in termination. Any conduct detrimental to the reputation of the school may also result in immediate termination. If a student is dismissed, for any reason, by their externship site, the student may be dismissed from the program.
6. It is most important that you log in your hours each day on the evaluation report with the date and your initials.
7. All students are required to complete the required externship hours. Exact amount of externship hours vary with each program. Some facilities require additional hours and students must adjust their schedule accordingly.
8. Students are permitted no more than one (1) absence during externship.
9. Externships will only be assigned when the student has completed all classroom assignments and has successfully passed all program areas as outlined in the school catalog under satisfactory academy progress.
10. Externships are monitored by externship coordinators, instructors or clinical coordinators.
11. Any problems occurring during externship must be brought to the attention of the appropriate educational department prior to leaving the assigned site. Students who are dismissed by their site for conduct or behavioral problems will not be offered an alternative site.
12. The school will supply malpractice insurance to the allied health and culinary students before going on externship. Depending on the Guidelines provided by the State, students may need to provide their own medical insurance while on externship.
13. Student must notify school and externship site of any absence prior to the start of their rotation.
14. The school tries to provide sites within reasonable distance of the school or the student's home; however you must agree to travel up to one hour (60 miles) during the externship. You must prepare to make arrangements for your travel. The school cannot always arrange a site that is on a public transportation route. It is your responsibility to get to the assigned externship site.
15. The Director has the ability to delay or deny an externship rotation if the student does not pass or show Satisfactory Academic Progress in the clinical and culinary skills area, and/or may require extra practice at the campus in order to refresh/update skills in order to continue on the site.

16.  Star Career Academy's policy is that each student will have the following documentation prior to starting their externship:
   a.  Proof of Hepatitis B vaccine.
   b.  2 Step PPD within 6 months.
   c.  MMR Titer (Measles, Mumps and Rubella).
   d.  Physical Examination.
   e.  Picture Identification.
   f.  Proof of personal health insurance coverage.

17.  A student enrolled in a Star Career Academy program that requires an externship, has been advised that there may be unforeseen circumstances that delay the assignment of an externship location.

18.  All externship sites require a criminal background check.

I agree to release Star Career Academy and my Externship Site of legal responsibilities during my externship. I realize that my externship is a learning experience and agree to do meaningful work at the facility and fully realize that a promise of employment is not expected, nor do I expect a salary while on externship. I have read, fully understand and agree to all Rules and Regulations.

_____ Initial

## Medical Program Acknowledgement and Release

The undersigned desires to practice drawing blood from other students of Star Career Academy. I acknowledge that this practice is voluntary and not a mandatory part of the course in which I am enrolled.

I hereby release Star Career Academy, its owners, directors, officers and employees from any and all liability, loss, cost or expenses arising out of any damage or injury which I may sustain from my participation in this practice.

Furthermore, I agree to indemnify and hold Star Career Academy, its owners, directors, officers and employees, harmless from any damage, loss, costs or expenses which I may cause to a fellow student.

_____ Initial

## Disclosure Concerning Blood Borne Pathogens

As a student in any Allied Health Program as Star Career Academy, I understand that I may have an increased risk of contracting the Hepatitis B Virus (HBV) infection. The Hepatitis B Vaccine can prevent it.

I understand that it is not required that Star Career Academy provide the Hepatitis B Vaccine, but that I can acquire the injections at my own expense. I also understand that it is necessary that I start to receive the Hepatitis B Vaccine injections before I am placed on an externship site or start working in the medical field and it is recommended that the vaccination series be completed before having my first contact with blood. If I decide not to start the Hepatitis B Vaccination series; I understand that I will not be accepted on an externship site.

The hepatitis B Vaccine is a series of three (3) injections over a period of six (6) months. The cost of these injections ranges from $60.00 to $200.00.

_____ Initial

## Dress Code

The nature of this course is to prepare you for a professional position in a new career. In view of this, we operate in a professional manner and have initiated a strict uniform policy that will help to prepare you for the medical and professional environment.

Students are not permitted to wear tight pants, shorts, or tight skirts, leggings, sweat pants, ripped jeans, tank tops, tee-shirts and half shirts, construction boots, colored sneakers or other attire deemed inappropriate by the class instructors, or the school director.

No long fingernails or loud polish (clear polish is acceptable). Students should wear conservative jewelry in accordance with OSHA regulations: one ring (typically wedding band), earrings (no larger than the size of a dime), no necklaces/no bracelets/no nose rings/piercing. Star Career Academy has the right to send any student home that is dressed improperly for school and/or externship.

SCA/R&R (07/10)

Uniforms are to be worn by students when attending class and externship where applicable. Student uniforms must be clean and free of wrinkles. White sneakers are permitted as long as they are kept clean; otherwise, white, nursing shoes are required. Flat, white shoes are not permitted. Please note, uniform color requirements may vary by program and school location. Please see the admissions office and/or program instructor for the school's requirements for the medical programs.

I understand the dress code requirements for my program. Failure to comply with this requirement could result in disciplinary action.

_____ Initial

## Important Facts Before You Start Class

1. Uniforms: All allied health students will receive 2 sets of scrubs the color will be dictated by the program. Culinary Programs will receive 3 sets of uniforms including 3 hats and 3 aprons. Both will receive one set of shoes.
2. The nature of the course is to prepare you to become immediately employable upon graduation, into an entry level position. In all cases, the job title you are training for will be listed in the school catalog.
3. Any salary or employment information will be provided by the Career Service department.
4. All students must have settled all financial obligations and successfully met all academic requirements in order to receive a diploma.
5. Star Career Academy will assist all graduates requesting placement assistance. Star Career Academy does not guarantee employment.
6. I have received the school catalog and understand completely the demands and responsibilities of the program offered. I understand that the course curriculum may change, because of the goal of keeping all programs current.
7. I have read, and understand and accept the School's policy regarding externship and placement.
8. I authorize Star Career Academy to make available my educational records for "Official" reasons only (potential employers and other training institutions).
9. I have read carefully and understand all forms I have completed and I am in receipt of my enrollment agreement contract and school catalog.
10. I understand that only the School Director and Director of Admissions can accept me into Star Career Academy.
11. No school representative has told me that the education I will receive will be free.
12. EMS students only — I have received the EMT or Paramedic overview and have signed and returned this form.
13. All books for all programs can be purchased through the following book stores: Barnes & Noble, Borders Book Store, barnesandnoble.com and borders.com.
14. I am aware that upon completion of the "Dialysis Technician" program I am not classified or qualified to be a "Nephrology Nurse". I understand my training is to help me gain entry level employment as a "Dialysis Technician".
15. I understand it is my responsibility to obtain proof of education and I may be dismissed from school if I fail to provide documentation.

_____ Initial

Student Signature _____

Date _____

Witness _____

Director's Signature _____

**STAR CAREER ACADEMY**

## CHANGE OF STATUS

CAMPUS: _CH_

Name: _____ Start Date: _4/5/10_ Date of Determination: _12/13/10_

Current Program: _____ DI_ Current Shift: AM PM Eve Current Module: _Extern_

Transfer to Another Shift (same program): An Enrollment Agreement Addendum must be completed

Program: _____ Date Effective: _____

Current Shift: ___AM ___PM ___EVE Hours Completed: _____

New Shift: ___AM ___PM ___EVE Hours Needed: _____

Transfer to Another Program: An Enrollment Agreement Addendum must be completed

Original Program: _____ AM PM EVE

Original Start Date: _____ Hours Completed: _____

New Program: _____ AM PM EVE

New Mod Date: _____ Hours Needed to Complete: _____

Leave of Absence: (Return from LOA on Separate Form)

LOA Start Date: _____ Expected Return Date (next module start): _____

New Graduation Date: _____ Hours Completed: _____

Course Returning to: _____ Hours Needed to Complete: _____

Reason: _____

Repeat Module:

Module Failed: _____ Hours Passed: _____ Hours Needed: _____

New Projected Grad Date: _____ New LDIC: _____

Terminated/Withdrawn:

Official Drop Date: _7/5/10_ Hours Completed: _600_

Reason for Termination: _Failure to secure an externship due to no site_

Graduate:

Graduation Date: _____ Externship Required: YES* NO

*Externship Evaluation Attached.

Is student eligible to receive diploma based on current standing? YES NO

Executive Director: _K Smith_ Date: _12/13/10_

Director of Education: _____ Date: _12/13/10_

Registrar: _____ Date: _____

White—Registrar   Canary—Corporate   Pink—FA

SCA2 (05/10)

TREATMENT OF TITLE IV FUNDS WHEN A STUDENT WITHDRAWS FROM A CREDIT PROGRAM

| STUDENTS NAME | | SOCIAL SECURITY NUMBER | |

DATE FORM COMPLETED    12/20/2010          DATE OF THE DETERMINATION THAT THE STUDENT WITHDREW

12/13/2010

period used for calculation (check one)      [ ] payment period      [ x ] period of enrollment

Monetary amounts should be in dollars and cents (rounded to the nearest penny). Round to three decimal places when calculating percentages. For example, .4486 would be .449, or 44.9%.

**Step 1: Student's Title IV Aid Information**

| | Net Amount Disbursed | Net Amount That Could Have Been Disbursed | | Amount Disbursed | Amount that could have been Disbursed | amount of stipend paid to student |
|---|---|---|---|---|---|---|
| 1. Unsubsidized FFEL/Direct Stafford Loan | $4,240.00 | $784.00 | 5. Pell grant | $5,450.00 | $1,388.00 | $0.00 |
| 2. Subsidized FFEL/Direct Stafford Loan | $3,484.00 | $1,121.00 | 6. FSEOG | $0.00 | $0.00 | $0.00 |
| 3. Perkins Loan | $0.00 | $0.00 | 7. Other Title IV programs* | $0.00 | $0.00 | $0.00 |
| 4. FFEL/Direct PLUS | $0.00 | $0.00 | * Do not include FWS | $0.00 | $0.00 | $0.00 |

A. Total Title IV aid disbursed (NOT aid that could have been disbused) for the payment period
or period of enrollment                                                                 A  $13,174.00

B. Total of Title IV aid disbursed plus the Title IV aid that could have been disbursed for the
payment period or period of enrollment                                                  B  $16,467.00

**Step 2: Percentage of Title IV Earned**

C. * If school is not required to take attendance and student withdrew notification, enter 50% in Box C and proceed to
Step 3 OR school may enter a last date of attendance at an academically-related activity for "withdrawal date" and proceed from there.

| | | | |
|---|---|---|---|
| * Withdrawal date | 9/29/2010 | Total number of calander days entire program | 267 |
| MENT PERIOD 1 | 4/5/2010 TO 1/6/2011 | Total Number of calander day attempted | 178 |
| | | Total number of calander days in payment period 1 | 267 |
| | | Total number of calander days in payment period 2 | N/A |
| | | Total number of calander days in payment period 3 | N/A |

* Percentage of payment period or period of enrollment

Determine the calander days completed in the payment period or period of enrollment divided by the total
calander days in the payment period or period of enrollment (exclude schedule breaks of 5 days or more
AND days that the student was on approved leaves of absence).

| 178 | / | 267 | = | 66.7% | OF TERM 1 | C | 100.0% |
| N/A | / | N/A | = | N/A | OF TERM 2 | C | N/A |
| N/A | / | N/A | = | N/A | OF TERM 3 | C | N/A |

If this amount is less than or equal to 60%, enter the amount in Box C. If this amount is greater than 60%
(with or without rounding), enter 100% in Box C.

**STEP 3: Amount of Title IV Aid Earned by the student**

D. Percentage of Title IV aid earned (Box C) x the total of Title IV aid disbursed plus the Title IV aid that could have been
disbursed for the payment period or period of enrollment (Box B)

| | | Box C | | Box B | | | |
|---|---|---|---|---|---|---|---|
| | TERM 1 | 100.0% | x | $16,467.00 | = | D | $16,467.00 |
| | TERM 2 | N/A | x | N/A | = | D | N/A |
| | TERM 3 | N/A | x | N/A | = | D | N/A |

**Step 4: Total Title IV Aid to be Disbursed or Returned**

If the amount in Box D is greater than the amount in Box A, go to item E. If the amount in Box A is greater than the amount
in Box D, go to item F.          If the amounts in Boxes A and D are equal, STOP. no further action is necessary.

E. Post-withdrawal disbursement.          Subtract Title IV aid disbursed for the payment period or period of enrollment (Box A)
from the amount of Title IV aid earned (Box D). This is the amount of the post-withdrawal disbursement due. Stop here
and go to the post-withdrawal disbursement tracking sheet.      $16,467.00   -   $13,174.00   =   E   $3,293.00
                                                                  Box D           Box A

Student's Name _____ Social Security Number _____

**F: Title IV aid to be returned.** Subtract the amount of Title IV aid earned (Box D) from Title IV aid disbursed for the payment period or period of enrollment.(Box A). This is the amount of Title IV aid that must be returned.

| Box A | | Box D | | - stipend | F |
|---|---|---|---|---|---|
| $13,174.00 | - | $16,467.00 | = | | $0.00 |
| | | | | | $0.00 |

**P 5: Amount of Unearned Title IV Aid Due from the SCHOOL**

G. Institutional charges for the payment period or period of enrollment

| Tuition | $15,637.00 | Other Fees | $425.00 | Other | $0.00 | | |
|---|---|---|---|---|---|---|---|
| Registration Fee | $0.00 | Books | $311.00 | Other | $92.00 | | |
| | | | | Total Institutional Charges | | G | $16,465.00 |

H. Percentage of Title IV aid unearned (100%-Box C)

| | | |
|---|---|---|
| TERM 1 | H | 0.0% |
| TERM 2 | H | N/A |
| TERM 3 | H | N/A |

I. Multiply institutional charges for the payment period or period of enrollment (Box G) times the percentage of Title IV aid unearned (Box H).

| | Box G | | Box H | | | |
|---|---|---|---|---|---|---|
| TERM 1 | $16,465.00 | x | 0.0% | = | I | $0.00 |
| TERM 2 | N/A | x | N/A | = | I | N/A |
| TERM 3 | N/A | x | N/A | = | I | N/A |

J. Compare the amount of Title IV aid to be returned (Box F) to Box I and enter the lesser amount.

| | J | $0.00 |
|---|---|---|
| - stipend | | $0.00 |

**STEP 6: Return of Funds by the SCHOOL**

The school must return the unearned aid for which the school is responsible (Box J) by repaying funds to the following sources, in order, up to the total net amount disbursed from each source.

| | Amount for School to Return | Award Year | | Amount for School to Return | Award Year |
|---|---|---|---|---|---|
| 1. Unsubsidized FFEL/ Direct Stafford Loan | $0.00 | | 5. Pell Grant | $0.00 | |
| 2. Subsidized FFEL/Direct Stafford Loan | $0.00 | | 6. FSEOG | $0.00 | |
| 3. Perkins Loan | $0.00 | | 7. Other Title IV programs | $0.00 | |
| 4. FFEL/Direct PLUS | $0.00 | | | | |

**STEP 7: Initial Amount of Unearned Title IV Aid Due from the STUDENT**

K: Subract the amount of Title IV aid due from the school (Box J) from the amount of Title IV aid to be returned (Box F)

| Box F | | Box J | | K | |
|---|---|---|---|---|---|
| $0.00 | - | $0.00 | = | | $0.00 |

**Step 8: Return of Funds by the STUDENT**

The student (or parent for a PLUS loan) must return unearned aid for which the student is respnsible (Box K) by repaying funds to the following sources, in order, up to the total net amount disbursed from each source, after subtracting the amount the school will return. Amounts to be returned to grants reduced by 50%.

| | Amount for Student to return | | Amount for Student to return | | |
|---|---|---|---|---|---|
| 1. Unsubsidized FFEL/ Direct Stafford Loan* | $0.00 | 5. Pell Grant | $0.00 | x 50% | $0.00 |
| 2. Subsidized FFEL/Direct Stafford Loan * | $0.00 | 6. FSEOG | $0.00 | x 50% | $0.00 |
| 3. Perkins Loan* | $0.00 | 7. Other Title IV programs | $0.00 | | |
| 4. FFEL/Direct PLUS* | $0.00 | (X 50% for grant funds) | | | |

* Loan amounts are returned in accordance with the terms of the promissory note. No further action is required other than notification to the holder of the loan of the student's withdrawal date.

Post-Withdrawal Disbursement Tracking Sheet

STUDENTS NAME _____ ███████████ SOCIAL SECURITY NUMBER ███████████

lunt of Post-Withdrawal Disbursement

A. Amount from Box E of "Treatment of Title IV Funds When a STudent Withdrawals" Worksheet     A | $3,293.00
NOTE:  STUDENT DID NOT REACH 3RD MID POINT

**Post-withdrawal Disbursement Credited to student's Account**

B. Total outstanding charges on student's account     B | $0.00

C. Total amount of post-withdrawal disbursement credited to student's account

        * Amount of post-withdrawal disbursement credited for tuition, fees,
          room and board (if student contracts with the institution)       $0.00

        * Amount of post-withdrawal disbursement credited for other
          current charges     +    $0.00

        * Amount of post-withdrawal disbursement credited for minor prior
          year charges     +    $0.00

                              Total Amount Credited to Account    C | $0.00

D. Student and/or parent authorization to credit account for other current charges or minor prior year charges
    (if necessary) obtained on    | _____ |

E.  If a post-withdrawal disbursement of loan funds is credited to account, date of notification to
       student and/or parent    | _____ |

---

**Post-Withdrawal Disbursement Offered to Student/Parent**

F. Total amount of post-withdrawal disbursement (Box A)- amount of post-withdrawal disbursement credited to
    student's account (Box C) = Total amount to offer to student/parent     F | $0.00

G. Notification sent to student and/or parent on    | _____ |

H  Response received from student/parent on    | _____ |

    Response not received    | _____ |

I.  Amount accepted     I | _____ |

---

Post-withdrawal Disbursement Made From

| | | | | |
|---|---|---|---|---|
| Pell Grant | $0.00 | Unsubsidized FFEL/ Direct Staffod Loan | $0.00 |
| FSEOG | $0.00 | Subsidized FFEL/Direct Stafford Loan | $0.00 |
| Other Title IV programs (grants) | $0.00 | Perkins Loan | $0.00 |
| | | FFEL/Direct PLUS | $0.00 |
| | | Other Title IV programs (loans) | $0.00 |

| | | | | |
|---|---|---|---|---|
| CAMPUS: | EGG HARBOR | TUITION ONLY | $15,637.00 |
| DATE: | 12/20/2010 | X | % TO BE RETAINED | 0.00% |
| STUDENT NAME: | | X | % TO BE RETAINED | 0.00% |
| SOCIAL SECURITY NUMBER: | | X | % TO BE RETAINED | 0.00% |
| PROGRAM: | DT-D | X | % TO BE RETAINED | 0.00% |
| START DATE: | 4/5/2010 | X | % TO BE RETAINED | 100.00% |
| NUMBER OF WEEKS IN PROGRAM | 37.5 | | TUITION TO RETAIN | $15,637.00 |
| NUMBER OF HOURS IN WEEK | 24 | = | REGISTRATION FEE | $0.00 |
| | | + | OTHER FEES | $425.00 |
| TOTAL # OF CLOCK HOURS FOR CLASS: | 900 | + | BOOKS, SUPP, EQUIP | $403.00 |
| DATE OF COS: | 12/13/2010 | - | BOOKS NOT ISSUED | $0.00 |
| LAST DAY ATTENDED: | 9/29/2010 | - | UNPAID CHARGES | N/A |
| HOURS PRESENT: | N/A | = | RETAINABLE FUNDS | $16,465.00 |
| HOURS SCHEDULED: | 600 | | TOTAL PD TO INST COSTS | $13,174.00 |
| | | - | RETAINABLE FUNDS | $16,465.00 |
| TOTAL TUITION ONLY | $15,637.00 | = | REFUND DUE | ($3,291.00) |

| | | |
|---|---|---|
| REGISTRATION FEE | + | $0.00 |
| OTHER FEES | + | $425.00 |
| BOOKS, SUPPLIES, EQUIPMENT | + | $403.00 |
| TOTAL INSTITUTIONAL COSTS | = | $16,465.00 |
| TOTAL AID PAID TO | PELL - | $5,450.00 |
| INSTITUTIONAL COSTS | STAFFORD SUB. - | $3,484.00 |
| | STAFFORD UNSUB. - | $4,240.00 |
| | SEOG | $0.00 |
| | SEOG SCHOOL MATCH - | $0.00 |
| STUDENT SCHEDULED CASH PAYMENTS | = | $3,291.00 |
| STUDENT CASH PD TO EDUC. EXPENSES | - | $0.00 |
| UNPAID CHARGES | = | $3,291.00 |

* IF REFUND DUE IS A NEGATIVE NUMBER-
SEND REFUND CALCULATION, FINANCE CARD
& CHANGE OF STATUS TO CORPORATE

| | EARNED FUNDS | UNEARNED FUNDS | TOTAL OF ALL FUNDS | AWARD YEAR OF FUNDS |
|---|---|---|---|---|
| UNSUB | $0.00 | $0.00 | $0.00 | |
| STAFFORD | $0.00 | $0.00 | $0.00 | |
| PLUS | $0.00 | $0.00 | $0.00 | |
| PELL | $0.00 | $0.00 | $0.00 | |
| SEOG | $0.00 | $0.00 | $0.00 | |
| OTHER | $0.00 | $0.00 | $0.00 | |
| TOTAL | $0.00 | $0.00 | $0.00 | |

* DO NOT INCLUDE UNEARNED FUNDS IN THIS FIGURE

| | | |
|---|---|---|
| AMOUNT OF UNEARNED FUNDS | PELL | $0.00 |
| AMOUNT OF UNEARNED FUNDS | STAFFORD | $0.00 |
| AMOUNT OF UNEARNED FUNDS | UNSUB | $0.00 |
| AMOUNT OF UNEARNED FUNDS | PLUS | $0.00 |
| AMOUNT OF UNEARNED FUNDS | SEOG | $0.00 |

NAME OF BANK TO REFUND

| | |
|---|---|
| SUB/UNSUB/PLUS | |
| OTHER BANKS | |

| | |
|---|---|
| TOTAL TUITION AND FEES: | $16,465.00 |
| LESS TOTAL EDUC. CHARGES: | $16,465.00 |
| EQUALS UNEARNED TUITION AND FEES: | $0.00 |

*E*

**DIALYSIS TECHNICIAN: PHILADELPHIA**          **START DATE: 5/3/10**

| | | | |
|---|---|---|---|
| ███ Marcus | ███, Mary | ███ Sierra | ███ Joseph |
| ███ Shevelle | ███ Julma | ███ Lathal | ███ Jolisa |
| ███, Charmaine | ███ Loretta | ███, Rosie | ███ Henrietta |
| ███, Stephanie | ███ Lauren | ███ Mazrine | ███ Andrew |
| ███ Yolanda | ███, Irene | ███, Natasha | ███, Barbara |
| ███ Gerta | | | |

**DIALYSIS TECHNICIAN: PHILADELPHIA**          **START DATE: 5/24/10**

| | | | |
|---|---|---|---|
| ███ Terraine | ███ Heather | ███ Owen | ███ RyAnn |
| ███ Melissa | ███ Marie | ███ Jaclyn | ███ Jannie |
| ███ Frantz | ███ Chong | ███ Taetchlyne | ███ Priscilla |
| ███ Shera | ███ Nicole | ███ Taisha | ███ Anastasha |
| ███ Davida | ███ Miriam | ███ Kyairra | ███ James |
| ███, Ashley | ███ Hudson | ███ Jagruti | ███ Patricia |
| ███ Deanne | ███ Antoinette | ███ Helen | ███, Elaina |

**DIALYSIS TECHNICIAN: PHILADELPHIA**          **START DATE: 11/15/10**

| | | | |
|---|---|---|---|
| ███ Baaqia | ███ Bianca | ███ Joyce | ███ Sharon |
| ███ Capreese | ███ Renita | ███ Dawn | ███ Miracle |
| ███, Racquel | ███ Ruth | ███ Natalie | ███ Nykirah |
| ███ Jocelyn | ███ Preethy | ███ Sharon | ███ Alexis |
| ███ Jennifer | ███, Bryan | ███ Jamilla | |
| ███, Talmanjanique | ███ Jacqueline | ███ Carol | ███ Delaina |
| ███ Dominique | ███ James | ███, Nate | ███ Wendy |
| ███ Maurice | | | |

**DIALYSIS TECHNICIAN: PHILADELPHIA**　　　　　**START DATE: 1/13/11**

| | | | |
|---|---|---|---|
| █ Michelle | █ Claudette | █ Tyrone | █ Maria |
| █ Maria | █ Thomas | █ Shanitta | █ , Felicia |
| █ Anitha | █ Saida | █ Anastasiya | |
| █ Talmanjanique | █ , Sheila | █ Lonzie Jr. | █ , Pamela |
| █ Diana | █ Zaire | █ Kianna | █ , Tanchanika |
| █ Katrina | █ , Libin | | |

| StudentName | sCity | StatusCode | DateStarted | StatusReason |
|---|---|---|---|---|
| | Somerset | STEXT | 1/20/2010 | |
| | Brick | WITHDRAW | 1/20/2010 | Other |
| | Avon | WITHDRAW | 1/20/2010 | Other |
| | Toms River | WITHDRAW | 1/20/2010 | Other |
| | Asbury Park | WITHDRAW | 1/20/2010 | Other |
| | Lakewood | WITHDRAW | 1/20/2010 | Other |
| | Forked River | STPNDEXT | 8/2/2010 | |
| | jackson | STPNDEXT | 8/2/2010 | |
| | Toms River | STPNDEXT | 8/2/2010 | |
| | Neptune | STPNDEXT | 8/2/2010 | |
| | Beachwood | STPNDEXT | 8/2/2010 | |
| | Brick | STPNDEXT | 8/2/2010 | |
| | Lakewood | STPNDEXT | 8/2/2010 | |
| | Lakewood | LOA | 8/2/2010 | Pregnancy |
| | Toms River | STPNDEXT | 8/2/2010 | |
| | Ocean Twp | STPNDEXT | 8/2/2010 | |
| | Long Branch | STPNDEXT | 8/2/2010 | |
| | Lakewood | STPNDEXT | 8/2/2010 | |
| | East Brunswick | STPNDEXT | 8/2/2010 | |
| | Eatontown | STPNDEXT | 8/2/2010 | |
| | Matawan | STPNDEXT | 8/2/2010 | |
| | Cliffwood Beach | STPNDEXT | 8/2/2010 | |
| | Jackson | STPNDEXT | 5/3/2010 | |
| | Toms River | STPNDEXT | 5/3/2010 | |
| | Tosm River | STPNDEXT | 5/3/2010 | |
| | Pemberton | STPNDEXT | 5/3/2010 | |
| | Lakewood | STPNDEXT | 5/3/2010 | |
| | Asbury Park | STPNDEXT | 5/3/2010 | |
| | Asbury Park | STPNDEXT | 5/3/2010 | |

BRICK

| StatusDate |
|---|
| 7/20/2010 |
| 12/13/2010 |
| 12/13/2010 |
| 12/13/2010 |
| 12/13/2010 |
| 12/13/2010 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |
| 2/8/2011 |

6

**From:** Rich Lincoln <rlincoln@careeracademyny.edu>
  **To:** rhldragon <rhldragon@aol.com>
**Subject:** FW: extern issues
 **Date:** Sun, Feb 27, 2011 8:55 pm

---

**From:** kdoherty@careeracademyny.edu [mailto:kdoherty@careeracademyny.edu]
**Sent:** Friday, June 11, 2010 3:24 PM
**To:** rlincoln@careeracademyny.edu
**Subject:** Re: extern issues

Thank you! Have a great weekend!

Sent from my Verizon Wireless BlackBerry

---

**From:** rlincoln@careeracademyny.edu
**Date:** Fri, 11 Jun 2010 19:17:38 +0000
**To:** <kdoherty@careeracademyny.edu>
**Subject:** Re: extern issues

I sent them to lou. Merv and helen are working on the list and will update monday.

Sent via BlackBerry by AT&T

---

**From:** kdoherty@careeracademyny.edu
**Date:** Fri, 11 Jun 2010 19:15:11 +0000
**To:** <lhorvath@careeracademyny.edu>; <rlincoln@careeracademyny.edu>
**Subject:** Re: extern issues

Rich,
Do you have the names and programs of the 9 students? We'd like to ensure no student gets overlooked. Also we can be on alert for phone calls from these students.
~kelly

Sent from my Verizon Wireless BlackBerry

---

**From:** lhorvath@careeracademyny.edu
**Date:** Fri, 11 Jun 2010 16:28:54 +0000
**To:** <kdoherty@careeracademyny.edu>
**Subject:** Fw: extern issues


Sent from my Verizon Wireless BlackBerry

---

**From:** "Rich Lincoln" <rlincoln@careeracademyny.edu>
**Date:** Fri, 11 Jun 2010 11:19:55 -0400

**To:** 'Lou Horvath'<lhorvath@careeracademyny.edu>
**Subject:** extern issues

I just wanted to bring you up to date with some issues that have happened during my visit. During the week, I have had three separate student issues, all with the same problem. As you are aware from my previous emails, I was questioned by the father of ▮▮▮▮▮▮▮, regarding her externship. I will need to have answers for him early next week, hopefully Colleen will have something for us. Additionally, I was approached by ▮▮▮▮▮▮▮, CT student who reached his LDIC this week. He reached out to me, because he had yet to be approached by anyone to discuss his externship. When Merv returned this week, I immediately had him address the class. Today, I was informed by Jennifer DiMedio that ▮▮▮▮▮▮▮ has been calling the school (as he did today) since his LDIC (4/1) and has yet to be placed on his externship. I have reviewed the externship list from campusvue and cross checked it with Merv and Helen and have verified that, in addition to the Dialysis students who have yet to be placed, there are an additional 9 students who have reached their LDIC and are not on/been scheduled for a site. Merv and Helen told me that they have reviewed this list and will have answers for you as to where and when they are going to be placed. Hope this is helpful. Have a safe return trip.

Richard Lincoln
Regional Director of Admissions
Star Career Academy
856-719-0300
rlincoln@careeracademyny.edu

**From:** Rich Lincoln <rlincoln@careeracademymyny.edu>
   **To:** rhldragon <rhldragon@aol.com>
**Subject:** FW: Lakewood Surg Start
  **Date:** Mon, Feb 7, 2011 7:08 pm

-----Original Message-----
From: Colleen Leard [mailto:cleard@careeracademymyny.edu]
Sent: Wednesday, July 15, 2009 12:24 PM
To: Rich Lincoln
Cc: cleard@careeracademymyny.edu; 'B Rockower'; 'Toni Castillo';
mmumma@careeracademymyny.edu; 'Miannacone'; 'R Stover'
Subject: Re: Lakewood Surg Start

Thanks Rich - I know the reforcast for Lakewood put that start at 24 - I'd
like to see it capped at 20. As the date gets closer, if you see that
you're running up to or over that number; we can reevaluate - and see
where we're are at that time. But, if we need to leave it at 24 - we'll
do the best we can!!
Let me know what the final word is.. and if we have any answers for the
million dollar question -- where are we putting them???


> Currently, we have 25 solid students to start in the 8/10 start. I have
> asked that all future applicants be set up on a waiting list. Our goal is
> to have 25 solid. All students over that number will be moved to the 9/19
> start. My question to you would be is there a cap that you want placed on
> the September class. I know you have generously allowed us to have an
> additional start date; likewise, I don't want to jeopardize our externs.
> Please let me know what your feelings are towards the number.
>
>


Colleen Leard TS-C, EDU
Surgical Technology Program Coordinator
Star Technical Institute
732-598-9376 cell
732-359-1505 fax

From: Rich Lincoln <rlincoln@careeracademyny.edu>
To: rhldragon <rhldragon@aol.com>
Subject: FW: DIALYSIS
Date: Mon, Feb 7, 2011 7:05 pm

-----Original Message-----
From: Toni Castillo [mailto:tcastillo@careeracademyny.edu]
Sent: Friday, July 24, 2009 1:57 PM
To: 'Rich Lincoln'
Cc: 'Michele Mumma'
Subject: FW: DIALYSIS

Rich - I knew that this was a concern of yours at one point. I just wanted
to give you a heads up on the progress. :)

This is for the Newark area.

Have a great weekend,
Toni

-----Original Message-----
From: Colleen Leard [mailto:cleard@careeracademyny.edu]
Sent: Friday, July 24, 2009 1:32 PM
To: miannacone@culinaryacademyny.edu; tcastillo@careeracademyny.edu
Subject: DIALYSIS

Trinitas' Director of Renal Services left me a message this morning - that
they (the hospital, and two outpatient dialysis centers) will happily
support establishing our program, as well as supporting it with
externships.  Next step -  I'd like to bring them in to Clifton and/or
Newark and let them see our classrooms.  Do we have any Dialysis faculty
members I can introduce them to at either campus yet?
Hooo-ray!!

Colleen


Colleen Leard TS-C, EDU
Surgical Technology Program Coordinator
Star Technical Institute
732-598-9376 cell
732-359-1505 fax

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.392 / Virus Database: 270.13.27/2258 - Release Date: 07/24/09
05:58:00

**From:** Rich Lincoln <rlincoln@careeracademyny.edu>
**To:** rhldragon <rhldragon@aol.com>
**Subject:** FW: ST Externs
**Date:** Tue, Feb 8, 2011 10:51 am

**From:** Silvana D'Alessandro [mailto:sdalessandro@careeracademyny.edu]
**Sent:** Friday, July 09, 2010 10:31 AM
**To:** rlincoln@careeracademyny.edu
**Cc:** hginis@careeracademyny.edu
**Subject:** ST Externs

Rich,

According to LDA none of the 6/2/10 ST students have extern hours. I checked with Helen and she confirmed none of them have sites as of yet.



*Silvana D'Alessandro*
*Registrar*
Star Career Academy, Egg Harbor
3003 English Creek Avenue, Suite 212
Egg Harbor Township, NJ 08234
(609) 407-2999 Ext. 121
fax (609) 646-9472

From: Rich Lincoln <rlincoln@careeracademyny.edu>
  To: rhldragon <rhldragon@aol.com>
Subject: FW: Help!
  Date: Mon, Feb 7, 2011 7:12 pm

-----Original Message-----
From: cleard@careeracademyny.edu [mailto:cleard@careeracademyny.edu]
Sent: Thursday, October 07, 2010 6:04 PM
To: rlincoln@careeracademyny.edu
Subject: Re: Help!

MRI and al told Scott in philly there is no such reg.    Circulated about 3
years ago? What do you think?
------Original Message------
From: rlincoln@careeracademyny.edu
To: cleard@careeracademyny.edu
ReplyTo: rlincoln@careeracademyny.edu
Subject: Re: Help!
Sent: Oct 7, 2010 6:01 PM

It was a memo sent from the state of pa.  Randy can probably find it.  Were
they unsure?
------Original Message------
From: cleard@careeracademyny.edu
To: Me
ReplyTo: cleard@careeracademyny.edu
Subject: Help!
Sent: Oct 7, 2010 5:45 PM

Rich, please refresh my memory. What is the reg in pa that makes us have to
place our students within 28 days to keep compliant?  Thank you in advance!
Sent from my Verizon Wireless BlackBerry


Sent via BlackBerry by AT&T


Sent from my Verizon Wireless BlackBerry

```
>> have asked that all future applicants be set up on a waiting list.
>> Our goal is to have 25 solid.  All students over that number will be
>> moved to the
>> 9/19
>> start.  My question to you would be is there a cap that you want
>> placed on the September class.  I know you have generously allowed us
>> to have an additional start date; likewise, I don't want to
>> jeopardize our externs.
>> Please let me know what your feelings are towards the number.
>>
>>
>
>
> Colleen Leard TS-C, EDU
> Surgical Technology Program Coordinator Star Technical Institute
> 732-598-9376 cell
> 732-359-1505 fax
>
>
>
> Sent from my Verizon Wireless BlackBerry


Colleen Leard TS-C, EDU
Surgical Technology Program Coordinator
Star Technical Institute
732-598-9376 cell
732-359-1505 fax
```

Rich Lincoln

**From:**      Michele Mumma [mmumma@careeracademyny.edu]
**Sent:**      Monday, November 29, 2010 5:23 PM
**To:**        'Rich Lincoln'
**Subject:**   RE: When you return schedule...

Just take your time and when you come back you need to be there.  It is the way it needs to be.  When I was in start up way
back when, you had to be at the campus until it could function on its own. This is exactly that.

Michele D. Mumma
VP of Sales and Marketing
Star Career Academy

mmumma@careeracademyny.edu
732.977.3432 cell

-----Original Message-----
From: Rich Lincoln [mailto:rlincoln@careeracademyny.edu]
Sent: Monday, November 29, 2010 5:21 PM
To: 'Michele Mumma'
Subject: RE: When you return schedule...

I don't understand this.  I had reviewed everything with Janie.  She has notes on everything that was covered.  How can she
need direction?
According to the email I received from her today, they only had two leads.
I have several emails from her last week and her only concern was the need to set up offices and find someone to clean.
Even the front desk had training.  Please explain this to me...

-----Original Message-----
From: Michele Mumma [mailto:mmumma@careeracademyny.edu]
Sent: Monday, November 29, 2010 5:00 PM
To: rlincoln@careeracademyny.edu
Subject: RE: When you return schedule...

They need direction.  They didn't use the flash last week?? I just walked them through it.  I have to work on the budgets
and cant do spend time with them.

Michele D. Mumma

1

VP of Sales and Marketing
Star Career Academy

mmumma@careeracademyny.edu
732.977.3432 cell


-----Original Message-----
From: rlincoln@careeracademyny.edu [mailto:rlincoln@careeracademyny.edu]
Sent: Monday, November 29, 2010 4:51 PM
To: Michele Mumma
Subject: Re: When you return schedule...

Of course. What is problem
Sent via BlackBerry by AT&T

-----Original Message-----
From: "Michele Mumma" <mmumma@careeracademyny.edu>
Date: Mon, 29 Nov 2010 16:17:04
To: 'Rich Lincoln'<rlincoln@careeracademyny.edu>
Subject: When you return schedule...

I need you to be in Norristown for the remainder of the week to make sure they are ok.  There are/were some issues and  I
need you there please.  I am sending Derrick there tomorrow.


Michele D. Mumma

VP of Sales and Marketing

Star Career Academy


 <mailto:mmumma@careeracademyny.edu> mmumma@careeracademyny.edu

732.977.3432 cell


2

**From:** Rich Lincoln <rlincoln@careeracademyny.edu>
**To:** rhldragon <rhldragon@aol.com>
**Subject:** FW: ▓▓▓▓▓▓▓
**Date:** Mon, Feb 7, 2011 7:11 pm

-----Original Message-----
From: Colleen Leard [mailto:cleard@careeracademyny.edu]
Sent: Wednesday, June 09, 2010 12:00 PM
To: rlincoln@careeracademyny.edu
Subject: ▓▓▓▓▓▓▓

Hi - I spoke to ▓▓▓▓▓▓▓ and reassured her that we have been in
contact with her site in Eatontown, and will hopefully have a start date
for her by Friday.  I also told her regarding her dad's concern with the
amount of travel - that if we have something open up closer we would do
what we can to move her closer. I'll keep you in the loop..

Also, we have arranged coverage for ST throught the end of Next week (of
the 14th).. I spoke to Lou, and he let Kelli know..

Give me a call if you have any questions,
Thanks!!

Colleen

Colleen Leard TS-C, Edu
Regional Director of Clinical Programs
Star Career Academy
732-598-9376 cell
732-359-1505 fax

"Tell me and I forget..
 Teach me and I remember..
 Involve me and I learn."
        Benjamin Franklin

From: Rich Lincoln <rlincoln@careeracademyny.edu>
   To: rhldragon <rhldragon@aol.com>
Subject: FW: ▓▓▓▓▓▓▓
   Date: Sun, Feb 27, 2011 8:55 pm

-----Original Message-----
From: Colleen Leard [mailto:cleard@careeracademyny.edu]
Sent: Monday, June 14, 2010 11:38 AM
To: Rich Lincoln
Subject: Re: ▓▓▓▓▓▓▓

You asked me to call �ျ▓▓, which I did; and you said you were calling her
Dad back that day.  Would you like me to call him? I spoke to her that day
as I told you I would..


> I just wanted to remind you that ▓▓▓▓▓▓▓▓'s father, ▄▄▄▄, is
> waiting
> for someone to contact him regarding his daughter's extern.  As stated in
> my
> previous email, he is looking for a definitive date that she is going to
> start.  He has additional questions that I'm sure he will want answers to
> if
> we do not get her placed soon.  His phone number is Day ▄▄▄▄▄▄▄ or
> Eve
> ▄▄▄▄▄▄▄
>
>
>
> Richard Lincoln
>
> Regional Director of Admissions
>
> Star Career Academy
>
> 856-719-0300
>
> rlincoln@careeracademyny.edu
>
>
>
>


Colleen Leard TS-C, Edu
Regional Director of Clinical Programs
Star Career Academy
732-598-9376 cell
732-359-1505 fax

"Tell me and I forget..
 Teach me and I remember..
 Involve me and I learn."
       Benjamin Franklin

From: Rich Lincoln <rlincoln@careeracademyny.edu>
   To: rhldragon <rhldragon@aol.com>
Subject: FW: ████████████
   Date: Sun, Feb 27, 2011 5:31 pm


-----Original Message-----
From: lhorvath@careeracademyny.edu [mailto:lhorvath@careeracademyny.edu]
Sent: Monday, June 14, 2010 2:09 PM
To: Mike Iannacone
Cc: kdoherty@careeracademyny.edu; Toni Castillo; cleard@careeracademyny.edu
Subject: Re: ████████████


Mike,
Thanks, but all is under control.
Regards, Lou
------Original Message------
From: Mike Iannacone
To: Rich Lincoln
Cc: 'Lou Horvath'
Cc: kdoherty@careeracademyny.edu
Cc: Toni Castillo
Cc: cleard@careeracademyny.edu
Subject: Re: ████████████
Sent: Jun 14, 2010 1:50 PM



Lou--Do you need anything from me?




Quoting Rich Lincoln <rlincoln@careeracademyny.edu>:

> I just wanted to remind you that █████████ father, ████, is
waiting
> for someone to contact him regarding his daughter's extern.  As stated in
my
> previous email, he is looking for a definitive date that she is going to
> start.  He has additional questions that I'm sure he will want answers to
if
> we do not get her placed soon.  His phone number is Day ███████████ or
Eve
> ████████████
>
>
>
> Richard Lincoln
>
> Regional Director of Admissions
>
> Star Career Academy
>
> 856-719-0300

>
> rlincoln@careeracademyny.edu
>
>
>
>

Michael R. Iannacone

President/CEO

Star Academy

Suite 101A

175 Cross Keys Rd.

Berlin, NJ 08009

Office: 800-659-7827

Cell: 267-241-9062

Sent from my Verizon Wireless BlackBerry

From: Rich Lincoln <rlincoln@careeracademyny.edu>

To: rhldragon <rhldragon@aol.com>

Subject: FW: student update

Date: Sun, Feb 27, 2011 5:33 pm

-----Original Message-----
From: tcastillo@careeracademyny.edu [mailto:tcastillo@careeracademyny.edu]
Sent: Monday, June 21, 2010 1:01 PM
To: Colleen Leard; Kelly Doherty
Cc: Richard Lincoln
Subject: Re: student update

Thank you Colleen.

------Original Message------
From: Colleen Leard
To: Kelly Doherty
Cc: Colleen Leard
Cc: tcastillo@careeracademyny.edu
Cc: Richard Lincoln
Subject: Re: student update
Sent: Jun 21, 2010 12:42 PM

I had a conference call with ██████ her dad, Rich and Toni on Friday.
They were promised a call back by tomorrow, with some resolution. I have
a request into Pennsauken for her, where students finished last week.
I'll keep you in the loop.

Colleen

> Hi Colleen,
>
> I am looking for an update on ██████████. Last email we were told
> that
> ██████would be on site in a few weeks. Can you please update me with the
> status of this extern and when and where she will be doing her externship?
>
> Thank you,
>
>
>
> Kelly Doherty
>
> Executive Director
>
> Star Career Academy, Egg Harbor
>
> 3003 English Creek Avenue,Suite 212
>
> Egg Harbor Township, NJ 08234
>
> (609) 407-2999
>
> fax (609) 646-9472
>
>
>
>

Colleen Leard TS-C, Edu

From: Rich Lincoln <rlincoln@careeracademyny.edu>
  To: rhldragon <rhldragon@aol.com>
Subject: FW: ███████████
  Date: Sun, Feb 27, 2011 9:00 pm

-----Original Message-----
From: Colleen Leard [mailto:cleard@careeracademyny.edu]
Sent: Wednesday, June 23, 2010 10:57 AM
To: tcastillo@careeracademyny.edu; rlincoln@careeracademyny.edu
Subject: ███████████

I left a message on the ███████'s home voice mail last night for her to
please call me regarding her placement.  She returned my call this
morning, at 10:45 am, and I let her know I have been promised a response
from DaVita on the Pennsauken spot by COB today.
I also let her know I have a request into Kennedy Health System for a
position they have available as a Dialysis Technician at their Washington
Township location. This is approximately 37 miles from her home.  She said
she would be happy with either assignement.  She will call me back at 6pm
tonight for an update.  I asked her to let her father know we spoke, and
he should please call me if he has any questions.
I absolutely believe I was being recorded.

Colleen


Colleen Leard TS-C, Edu
Regional Director of Clinical Programs
Star Career Academy
732-598-9376 cell
732-359-1505 fax

"Tell me and I forget..
 Teach me and I remember..
 Involve me and I learn."
      Benjamin Franklin

From: Rich Lincoln <rlincoln@careeracademyny.edu>
To: rhldragon <rhldragon@aol.com>
Subject: FW: ▮▮▮▮▮▮▮▮
Date: Sun, Feb 27, 2011 9:02 pm

-----Original Message-----
From: Toni Castillo [mailto:tcastillo@careeracademyny.edu]
Sent: Friday, June 25, 2010 1:55 PM
To: 'Colleen Leard'; mmumma@careeracademy.ny; rlincoln@careeracademyny.edu
Subject: RE: ▮▮▮▮▮▮▮

Thank you Colleen for following through on this for Diana!

-----Original Message-----
From: Colleen Leard [mailto:cleard@careeracademyny.edu]
Sent: Friday, June 25, 2010 1:51 PM
To: mmumma@careeracademy.ny; rlincoln@careeracademyny.edu
Cc: tcastillo@careeracademyny.edu
Subject: ▮▮▮▮▮▮▮▮▮

I wanted to let you know that ▮▮▮▮▮▮▮ has accepted the assignment
of Pennsauken for externship.  Pennsauken is a DaVita facility that
requires our students to complete 500 hours of extenship.  I let Diana
know this, and she is actually excited to be able to have the opportunity
for more clinical experience.  She will be interviewed with DaVita Monday
or Tuesday.  I told her to call me is she doesn't hear from them by COB
Tuesday.  Please let me know if you have any further questions.

Colleen


Colleen Leard TS-C, Edu
Regional Director of Clinical Programs
Star Career Academy
732-598-9376 cell
732-359-1505 fax

"Tell me and I forget..
 Teach me and I remember..
 Involve me and I learn."
     Benjamin Franklin

Regional Director of Clinical Programs
Star Career Academy
732-598-9376 cell
732-359-1505 fax

"Tell me and I forget..
 Teach me and I remember..
 Involve me and I learn."
         Benjamin Franklin


Toni Castillo
Mobile Response

## NEW JERSEY DEPARTMENTS OF EDUCATION & LABOR and WORKFORCE DEVELOPMENT

## SECTION J

*CAREFULLY READ ALL INSTRUCTIONS BEFORE COMPLETING THIS FORM*
*COMPLETE ONLY ONE FORM PER PROGRAM TITLE*
*THIS FORM MAY NOT BE MODIFIED.*

SCHOOL: Star Career Academy             ADDRESS: 1225-31 Main Avenue, Clifton, NJ 07011-2241

TELEPHONE NUMBER: 973-928-1700        FAX NUMBER: 973-928-1701        E-MAIL ADDRESS: LHorvath@CareerAcademyNY.edu

DIRECTOR: Louis D. Horvath             COUNTY: Passaic          FEDERAL ID. NO: 03380303

| Status: New/ Modified/ Current | Program  Title | Industry Partnership Number | CIP Code | Hours of Instruction | Tuition | Admin. Fees | Text Book Fees | Tool/ Supply Fees | Test/ Licensing/ Inoculation Fees | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Modified | Dialysis Technician | | 51.1011 | 900 | 16106 | N/A | 311 | 92 | N/A | 925 | 17434 |

*MODIFICATIONS SUBMITTED TO DOE*                    *MODIFICATIONS SUBMITTED TO LWD*

PROGRAM DESCRIPTION:  FOR EACH NEW PROGRAM, MODIFIED CURRICULUM, OR CHANGE IN CIP CODE, YOU <u>MUST</u> PROVIDE THE PROGRAM DESCRIPTION AS IT WILL BE ENTERED ON THE ELIGIBLE TRAINING PROVIDER LIST AND IN THE SCHOOL CATALOG. LIMIT THE DESCRIPTION TO NO MORE THAN 250 WORDS.  **DO NOT INCLUDE ANYTHING OTHER THAN THE PROGRAM DESCRIPTION IN THIS SPACE.**

*The Dialysis Technician Program is designed to provide the student with the didactic training in theoretical and clinical areas necessary for entry level employment in the*

*health care specialty of nephrology.*

*As part of the program, students will complete a clinical capstone course that is designed to simulate the daily operation of a renal dialysis unit, as well as*

*a certification review course that will prepare students to sit for the BONENT Certified Hemodialysis Technologist/Technician examination.*

*Employment opportunities are available in hospital centers, outpatient maintenance dialysis centers, transplant centers, and other health care agencies utilizing a dialysis*

*unit, as well as nephrology offices.*

*\*Explain all modifications and entries in the "Other" column*: DOE – Removed 300 hour externship ((DIA-EXT) and replaced it with the following three courses: PHL 101 (Phlebotomy 120 hours, 5.0 credits), DIA 906 (Clinical & Professional Practicum (120 hours, 5.0 credits) and DIA 907 Certification Preparation & Review (60 hours, 3.0 credits). Total program hours remains at 900 hours. While no changes have been made to course content, the number of credits for DIA 903 and DIA 905 have been rounded down to reflect new accreditation standards requiring .5 increments. Specifically, DIA 903 goes from 7.7 credits down to 7.5 credits and DIA 905 goes from 4.7 down to 4.5 credits. New program credit total is now 46 credits up from 40 credits.

REVIEWED BY:

*Kathleen M. Alexander*

*March 4, 2010*

| CURRICULUM SPECIALIST        DATE | COEI | DATE | PROGRAM SPECIALIST | DATE |

**NEW JERSEY DEPARTMENTS OF EDUCATION & LABOR and WORKFORCE DEVELOPMENT**

## SECTION J

*CAREFULLY READ ALL INSTRUCTIONS BEFORE COMPLETING THIS FORM*
*COMPLETE ONLY ONE FORM PER PROGRAM TITLE*
*THIS FORM MAY NOT BE MODIFIED.*

SCHOOL: Star Career Academy          ADDRESS: 3003 English Creek Avenue, Suite 212, Egg Harbor Township, NJ 08234

TELEPHONE NUMBER: 609-407-2999          FAX NUMBER: 609-646-9472          E-MAIL ADDRESS: KMSmith@CareerAcademyNY.edu

DIRECTOR: Kelly M. Smith          COUNTY: Atlantic          FEDERAL ID. NO: 00780402

| Status: New/ Modified/ Current | Program Title | Industry Partnership Number | CIP Code | Hours of Instruction | Tuition | Admin. Fees | Text Book Fees | Tool/ Supply Fees | Test/ Licensing/ Inoculation Fees | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Modified | Dialysis Technician | | 51.1011 | 900 | 16106 | N/A | 311 | 92 | N/A | 925 | 17434 |

*MODIFICATIONS SUBMITTED TO DOE*                    *MODIFICATIONS SUBMITTED TO LWD*

**PROGRAM DESCRIPTION:** FOR EACH NEW PROGRAM, MODIFIED CURRICULUM, OR CHANGE IN CIP CODE, YOU <u>MUST</u> PROVIDE THE PROGRAM DESCRIPTION AS IT WILL BE ENTERED ON THE ELIGIBLE TRAINING PROVIDER LIST AND IN THE SCHOOL CATALOG. LIMIT THE DESCRIPTION TO NO MORE THAN 250 WORDS. **DO NOT INCLUDE ANYTHING OTHER THAN THE PROGRAM DESCRIPTION IN THIS SPACE.**

*The Dialysis Technician Program is designed to provide the student with the didactic training in theoretical and clinical areas necessary for entry level employment in the*

*health care specialty of nephrology.*

*As part of the program, students will complete a clinical capstone course that is designed to simulate the daily operation of a renal dialysis unit, as well as*

*a certification review course that will prepare students to sit for the BONENT Certified Hemodialysis Technologist/Technician examination.*

*Employment opportunities are available in hospital centers, outpatient maintenance dialysis centers, transplant centers, and other health care agencies utilizing a dialysis*

*unit, as well as nephrology offices.*

*\*Explain all modifications and entries in the "Other" column*: DOE – Removed 300 hour externship ((DIA-EXT) and replaced it with the following three courses: PHL 101 (Phlebotomy 120 hours, 5.0 credits), DIA 906 (Clinical & Professional Practicum (120 hours, 5.0 credits) and DIA 907 Certification Preparation & Review (60 hours, 3.0 credits). Total program hours remains at 900 hours. While no changes have been made to course content, the number of credits for DIA 903 and DIA 905 have been rounded down to reflect new accreditation standards requiring .5 increments. Specifically, DIA 903 goes from 7.7 credits down to 7.5 credits and DIA 905 goes from 4.7 down to 4.5 credits. New program credit total is now 46 credits up from 40 credits.

REVIEWED BY:

*Kathleen M. Alexander*

CURRICULUM SPECIALIST          DATE          COEI          DATE          PROGRAM SPECIALIST          DATE

*March 4, 2010*

**NEW JERSEY DEPARTMENTS OF EDUCATION & LABOR and WORKFORCE DEVELOPMENT**

## SECTION J

**CAREFULLY READ ALL INSTRUCTIONS BEFORE COMPLETING THIS FORM**
**COMPLETE ONLY ONE FORM PER PROGRAM TITLE**
**THIS FORM MAY NOT BE MODIFIED.**

SCHOOL: Star Career Academy                    ADDRESS: 550 Broad Street, 2nd FL, Newark, NJ 07102

TELEPHONE NUMBER: 973-639-0789          FAX NUMBER: 973-639-0795          E-MAIL ADDRESS: CHughes@CareerAcademyNY.edu

DIRECTOR: Cory Hughes                    COUNTY: Essex          FEDERAL ID. NO: 03380302

| Status: New/ Modified/ Current | Program Title | Industry Partnership Number | CIP Code | Hours of Instruction | Tuition | Admin. Fees | Text Book Fees | Tool/ Supply Fees | Test/ Licensing/ Inoculation Fees | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Modified | Dialysis Technician | | 51.1011 | 900 | 16106 | N/A | 311 | 92 | N/A | 925 | 17434 |

*MODIFICATIONS SUBMITTED TO DOE*      *MODIFICATIONS SUBMITTED TO LWD*

**PROGRAM DESCRIPTION**:  FOR EACH NEW PROGRAM, MODIFIED CURRICULUM, OR CHANGE IN CIP CODE, YOU MUST PROVIDE THE PROGRAM DESCRIPTION AS IT WILL BE ENTERED ON THE ELIGIBLE TRAINING PROVIDER LIST AND IN THE SCHOOL CATALOG.  LIMIT THE DESCRIPTION TO NO MORE THAN 250 WORDS.  DO NOT INCLUDE ANYTHING OTHER THAN THE PROGRAM DESCRIPTION IN THIS SPACE.

*The Dialysis Technician Program is designed to provide the student with the didactic training in theoretical and clinical areas necessary for entry level employment in the*

*health care specialty of nephrology.*

*As part of the program, students will complete a clinical capstone course that is designed to simulate the daily operation of a renal dialysis unit, as well as*

*a certification review course that will prepare students to sit for the BONENT Certified Hemodialysis Technologist/Technician examination.*

*Employment opportunities are available in hospital centers, outpatient maintenance dialysis centers, transplant centers, and other health care agencies utilizing a dialysis*

*unit, as well as nephrology offices.*

*\*Explain all modifications and entries in the "Other" column*: DOE – Removed 300 hour externship ((DIA-EXT) and replaced it with the following three courses: PHL 101 (Phlebotomy 120 hours, 5.0 credits), DIA 906 (Clinical & Professional Practicum (120 hours, 5.0 credits) and DIA 907 Certification Preparation & Review (60 hours, 3.0 credits). Total program hours remains at 900 hours. While no changes have been made to course content, the number of credits for DIA 903 and DIA 905 have been rounded down to reflect new accreditation standards requiring .5 increments. Specifically, DIA 903 goes from 7.7 credits down to 7.5 credits and DIA 905 goes from 4.7 down to 4.5 credits. New program credit total is now 46 credits up from 40 credits.

REVIEWED BY:

_Kathleen M. Alexander_

CURRICULUM SPECIALIST          DATE          COEI          DATE          PROGRAM SPECIALIST          DATE

_March 4, 2010_

## NEW JERSEY DEPARTMENTS OF EDUCATION & LABOR and WORKFORCE DEVELOPMENT

### SECTION J

> *CAREFULLY READ ALL INSTRUCTIONS BEFORE COMPLETING THIS FORM*
> *COMPLETE ONLY ONE FORM PER PROGRAM TITLE*
> *THIS FORM MAY NOT BE MODIFIED.*

SCHOOL: Star Career Academy            ADDRESS: 150 Brick Boulevard, Brick, NJ 08723

TELEPHONE NUMBER: 732-451-9710        FAX NUMBER: 732-451-9720        E-MAIL ADDRESS: BRockower@CareerAcademyNY.edu

DIRECTOR: Betty M. Rockower            COUNTY: Ocean            FEDERAL ID. NO: 00780401

| Status: New/ Modified/ Current | Program Title | Industry Partnership Number | CIP Code | Hours of Instruction | Tuition | Admin. Fees | Text Book Fees | Tool/ Supply Fees | Test/ Licensing/ Inoculation Fees | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Modified | Dialysis Technician | | 51.1011 | 900 | 16106 | N/A | 311 | 92 | N/A | 925 | 17434 |

| MODIFICATIONS SUBMITTED TO DOE | MODIFICATIONS SUBMITTED TO LWD |
|---|---|

**PROGRAM DESCRIPTION:**  FOR EACH NEW PROGRAM, MODIFIED CURRICULUM, OR CHANGE IN CIP CODE, YOU <u>MUST</u> PROVIDE THE PROGRAM DESCRIPTION AS IT WILL BE ENTERED ON THE ELIGIBLE TRAINING PROVIDER LIST AND IN THE SCHOOL CATALOG.  LIMIT THE DESCRIPTION TO NO MORE THAN 250 WORDS.  **DO NOT INCLUDE ANYTHING OTHER THAN THE PROGRAM DESCRIPTION IN THIS SPACE.**

*The Dialysis Technician Program is designed to provide the student with the didactic training in theoretical and clinical areas necessary for entry level employment in the*

*health care specialty of nephrology.*

*As part of the program, students will complete a clinical capstone course that is designed to simulate the daily operation of a renal dialysis unit, as well as*

*a certification review course that will prepare students to sit for the BONENT Certified Hemodialysis Technologist/Technician examination.*

*Employment opportunities are available in hospital centers, outpatient maintenance dialysis centers, transplant centers, and other health care agencies utilizing a dialysis*

*unit, as well as nephrology offices.*

***Explain all modifications and entries in the "Other" column:** DOE – Removed 300 hour externship ((DIA-EXT) and replaced it with the following three courses: PHL 101 (Phlebotomy 120 hours, 5.0 credits), DIA 906 (Clinical & Professional Practicum (120 hours, 5.0 credits) and DIA 907 Certification Preparation & Review (60 hours, 3.0 credits). Total program hours remains at 900 hours. While no changes have been made to course content, the number of credits for DIA 903 and DIA 905 have been rounded down to reflect new accreditation standards requiring .5 increments. Specifically, DIA 903 goes from 7.7 credits down to 7.5 credits and DIA 905 goes from 4.7 down to 4.5 credits. New program credit total is now 46 credits up from 40 credits.

REVIEWED BY:

*Kathleen M. Alexander*

| CURRICULUM SPECIALIST   DATE | COEI       DATE | PROGRAM SPECIALIST   DATE |
|---|---|---|
| NJDOE   *March 4, 2010* | NJLWD | NJLWD |

## UNITED STATES DISTRICT COURT *Under Seal*

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

11    3160

Address of Plaintiff: 1606 Snowberry Drive, Williamstown, NJ 08094

Address of Defendant: Quad Partners - 570 Lexington Ave, 36th Floor, NY, NY 10022; Star Career Academy - Centennial Center, Suite 105, 175 Cross Keys Rd., Berlin, NJ 08009-9908

Place of Accident, Incident or Transaction: PA & NJ
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No☒

Does this case involve multidistrict litigation possibilities?    Yes☐  No☒

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes☐  No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes☐  No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

**A.** *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
   (Please specify) 31 U.S.C. 3729 & 3730

**B.** *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify)

### ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, ___Marc M. Orlow, Esquire___, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: __5/12/11__    ___Marc M. Orlow, Esquire___    ___31356___
                     Attorney-at-Law                  Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __5/12/11__    _____    ___31356___
                     Attorney-at-Law    Attorney I.D.#

CIV. 609 (6/08)

MAY 12 2011



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Richard Lincoln, in the name of the U.S.         :
Government Pursuant to the False Claims Act,      :      CIVIL ACTION NO.   *Under Seal*
31 U.S.C. Section 3720                            :
                    v.                            :
Quad Partners & Star Career Academy              :            11    3160

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                          ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                           ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.     ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                     ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                       (X)

(f) Standard Management – Cases that do not fall into any one of the other tracks.                 ( )

| May 12, 2011 | Marc M. Orlow, Esquire | Richard Lincoln |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 856-428-6020 | 856-428-5485 | Lawpi@aol.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

MAY 1 2 2011

## Civil Justice Expense and Delay Reduction Plan
### Section 1:03 - Assignment to a Management Track

(a)     The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)     In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)     The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)     Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)     Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

## SPECIAL Ma MANAGEMENT CASE ASSIGNMENTS
### (See §1.02 (e) nagement Track Definitions of the
### Civil Justice Expense and Delay Reduction Plan)

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

JS 44 (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Richard Lincoln in the Name of the United States Government Pursuant to the False Claims Act

**(b)** County of Residence of First Listed Plaintiff   Gloucester County

**(c)** Attorney's (Firm Name, Address, Telephone Number and Email Address)

Begelman, Orlow & Melletz
411 Rt. 70 East, Suite 245
Cherry Hill, New Jersey 08034
856-428-6020
LawPl@aol.com

## DEFENDANTS

Quad Partners & Star Career Academy

County of Residence of First Listed Defendant   New York, New York

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question (U.S. Government Not a Party)

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
|  | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Qui Tam Complaint pursuant to Section 31 U.S.C. Title 3729 & 3730

Brief description of cause:
Violation of False Claims Act for failure to remit refunds due to the Federal Government

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) (See instructions):

JUDGE _____   DOCKET NUMBER _____

Explanation:

DATE   05/10/2011

SIGNATURE OF ATTORNEY OF RECORD

MAY 1 2 2011

JS 44 Reverse (Rev. 12/07, NJ 1/08)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.    (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.    Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**        Example:        U.S. Civil Statute: 47 USC 553
                                                                      Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases. Provide a brief explanation of why the cases are related.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

| DIST. | OFF. | YR. | NUMBER | MO | DAY | YEAR | N/S | | | | | Nearest $1,000 | J | PD | | COUNTY | | ITEM. | YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 2 | 11 | 3160 | 5 | 13 | 11 | 1 | 890 | 1 | | | M | | NJ | | P | 11 | 3160 |

**PLAINTIFFS**  **DEFENDANTS**

Richard Lincoln, In the name of the
United States Government pursuant to the
False Claims Act, 31 USC section 3730

Quad Partners
Star Career Academy

**CAUSE**

**(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE**
**IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)**
Qui Tam Complaint pursuant to Section 31 USC
Title 3729 & 3730

**ATTORNEYS**

Marc M. Orlow, Esq.
Begelman, Orlow & Melletz
411 Rt. 70 East, Suite 245
Cherry Hill, NJ 08034
856.428.6020
LawPl@aol.com

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 5/13/11 | 43206 | | JS-5 | |
| | | | | JS-6 | |

| DATE | NR. | 11-cv-3160 PROCEEDINGS |
|------|-----|------------------------|
| lay 13 | 1 | Complaint, Jury Demand. (fdc) |
|  | 2 | MOTION TO SEAL JUDICIAL PROCEEDINGS, CERTIFICATE OF SERVICE. (fdc) |